JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

16-CV-3016

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
LIVE FACE ON WEB, LLC

## DEFENDANTS
GEESE CHASERS LLC.

16        3016

**(b)** County of Residence of First Listed Plaintiff   **BUCKS**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   **OUT OF STATE**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
LAW OFFICE OF JASON RABINOVICH, PLLC
1700 MARKET ST, SUITE 1005, PHILADELPHIA, PA 19103
267-423-4130

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                              *and One Box for Defendant)*

|                               | PTF | DEF |                                                        | PTF | DEF |
|-------------------------------|-----|-----|--------------------------------------------------------|-----|-----|
| Citizen of This State         | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State      | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation                              | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|----------|-------|---|--------------------|------------|----------------|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☒ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☒ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from Another District *(specify)*
- ☐ 6  Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
17 U.S.C. 501, et. seq.
Brief description of cause:
COPYRIGHT INFRINGEMENT

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE   see attached list
DOCKET NUMBER

DATE
06/09/2016

SIGNATURE OF ATTORNEY OF RECORD

JUN 16 2016

**FOR OFFICE USE ONLY**

RECEIPT #         AMOUNT         APPLYING IFP         JUDGE         MAG. JUDGE

**UNITED STATES DISTRICT COURT**

**16    3016**

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: _____ Industrial Blvd, Suite 212, Southampton, PA 18966

Address of Defendant: 42 Broadacre Drive, Mt. Laurel, NJ 08054

Place of Accident, Incident or Transaction: **Southampton, PA**

*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?

(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))       Yes☐   No☒

Does this case involve multidistrict litigation possibilities?       Yes☐   No☒

*RELATED CASE, IF ANY:*

Case Number: ~~See attached list~~ _____   Judge _____   Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☒   No☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐   No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐   No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐   No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases
    (Please specify) __Copyright Infringement__

B. *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify) _____

**ARBITRATION CERTIFICATION**

*(Check Appropriate Category)*

I, __Jason Rabinovich_____, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: __6/9/2016_____   __Jason Rabinovich, Esq._____   __308167_____

Attorney-at-Law                          Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

JUN 16 2016

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: __6/9/2016_____   __Jason Rabinovich_____   __308167_____

Attorney-at-Law                          Attorney I.D.#

CIV. 609 (5/2012)

**SD**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

<u>**CASE MANAGEMENT TRACK DESIGNATION FORM**</u>

| | | |
|---|---|---|
| LIVE FACE ON WEB, LLC, | : | CIVIL ACTION |
| v. | : | **16    3016** |
| GEESE CHASERS, LLC. | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.          ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
and Human Services denying plaintiff Social Security Benefits.          ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
exposure to asbestos.          ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
commonly referred to as complex and that need special or intense management by
the court.  (See reverse side of this form for a detailed explanation of special
management cases.)          ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.     (X)

| | | |
|---|---|---|
| 6/9/2016 | JASON RABINOVICH | PLAINTIFF |
| **Date** | **Attorney-at-law** | **Attorney for** |
| 267-423-4130 | 610-862-3764 | JASONRABINOVICH@GMAIL.COM |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

JUN 16 2016



**SD**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LIVE FACE ON WEB, LLC,**<br>a Pennsylvania company, | |
| **Plaintiff,** | **16    3016** |
| vs. | Case No.: _____ |
| **GEESE CHASERS, LLC,**<br>a New Jersey Company, | **JURY TRIAL REQUESTED** |
| **Defendant.** | |

## COMPLAINT

Plaintiff Live Face on Web, LLC, through its undersigned counsel, for its Complaint against the Defendant listed above and alleges as follows:

## I.   THE PARTIES

1.      Plaintiff, Live Face on Web, LLC ("LFOW"), is a Pennsylvania limited liability company with its principal place of business at 1300 Industrial Boulevard, Suite 212, Southampton, PA 18966.

2.      Upon information and belief, Defendant Geese Chasers LLC ("Defendant"), is a New Jersey company with a principal place of business at 42 Broadacre Drive, Mt. Laurel, NJ 08054.

## II.   JURISDICTION AND VENUE

3.      This action arises under the U.S. Copyright Act (17 U.S.C. §501 et seq.), and thus this Court has federal question jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4.      As fully set forth herein, Defendant has used and distributed LFOW's software and/or infringing derivative works thereof, which are the subject of U.S. Copyright Registrations.

5.      This Court has personal jurisdiction over Defendant because Defendant has conducted business in, and has had continuous and systematic contacts with the Commonwealth of Pennsylvania and this District.

6.      Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b), (c) and 1400(a) in that a substantial part of the events or omissions giving rise to the claims herein occurred in this District, and Defendant conducts business in this District.

### III.    PLAINTIFF'S BUSINESS AND COPYRIGHTED TECHNOLOGY

7.      LFOW is a developer and owner of "live person" software, which is an original work of authorship independently created by LFOW ("LFOW Software").

8.      The LFOW Software allows a company to display a video of a "walking" and "talking" personal host who introduces a website to an online visitor. The personal host is, in effect, a web spokesperson for the specific company for whom the video has been created. Typically the web spokesperson explains a company's products and/or services and directs a visitor's attention to a particular product or aspect of the website. The LFOW Software is representative of LFOW's advertising idea; LFOW (and its customers) advertise services and solicit business through the use of a website spokesperson, which is typically tailored to specific goods and services found on the associated website.

9.      The LFOW Software enables a company to customize and dynamically modify settings and functionality of the web spokesperson. By way of example, a customer utilizing the LFOW Software can: (a) manipulate the positioning of the web spokesperson on its website and select between static, relative or dynamic positioning features; (b) adjust the delay between the time an online visitor enters the website and the start time of the web spokesperson's presentation; (c) select the number of times a video presentation plays for each particular visitor; and (d) select "click on me" functionality that directs a user to a predetermined page or section of the website which promotes goods or services and/or reinforces the image and brand of the customer.

10.     The LFOW Software seeks to enhance a web site by using a real spokesperson to capture, hold and prolong the attention of the average online visitor, enhancing the ability of the website to advertise specific goods and services. This technique has a direct positive impact on sales and/or the brand, public image and reputation of any company that has an online presence.

3

11.     Generally speaking, the LFOW Software can be implemented by LFOW's customers by modifying the HTML code of the LFOW customer's website. An HMTL script tag is embedded in the HTML code of the LFOW customer's website, which links the LFOW customer's website to a copy of the LFOW Software. An LFOW customer has the option of storing the copy of the LFOW Software on the same webserver(s) as the customer's website, or storing the copy of the LFOW Software on a different webserver(s) than the website. Many of LFOW's customers choose to have the copy of the LFOW Software stored on LFOW's webservers.

12.     Regardless of the particular webserver(s) where the LFOW Software is stored, the functionality and result is the same. When a web browser is directed to a website linked to the LFOW Software, the embedded HTML script tag is read by the web browser and causes the automatic distribution of a copy of the LFOW Software. The LFOW Software is automatically saved by the web browser into cache, and/or a hard drive(s), and loaded into computer memory and/or RAM (random access memory). As a result of the distribution of the LFOW Software, the specific web spokesperson video is automatically launched and displayed to advertise on the associated website.

13.     The LFOW Software is licensed to customers for a license fee by LFOW, which also receives fees for other services.

14.     The LFOW Software is also subject to the terms and conditions of LFOW's End User License Agreement ("EULA"). Since at least October 2007, LFOW has included the web address where the EULA can be found, thus anyone who accessed any version of the LFOW Software since that time had notice of the EULA.

15.     LFOW has registered the LFOW Software. Pertinent to this action, on December 20, 2007, LFOW duly registered the copyright in the LFOW Software version 7.0.0, prior to the

4

publication of version 7.0.0, in the United States Copyright Office, as evidenced by the certificate of registration for TXu001610441, which was issued by the Register of Copyrights. A true and accurate copy of the certificate of registration is attached hereto as Exhibit A, and a true and accurate copy of the deposit work for TXu001610441 is attached hereto as Exhibit A1.

## IV.   **DEFENDANT'S COPYRIGHT INFRINGEMENT**

16.   Defendant   owns,   and/or   operates   and/or   controls   the   website www.geesechasers.com ("Defendant's website"). A copy of the HTML source code for the Defendant's website is found at Exhibit B.

17.   Defendant's website advertises and promotes the products and/or services of Defendant.

18.   Upon information and belief, Defendant has used a web spokesperson video to promote Defendant's products and/or services.

19.   Upon information and belief, in order to display the web spokesperson video on Defendant's website, Defendant used and distributed, without permission, and therefore infringed upon, the infringing version of the LFOW Software.

20.   Upon information and belief, Defendant has the right and ability to modify its own website or to have its website modified on Defendant's behalf.

21.   Upon information and belief, to implement the infringing version of the LFOW Software, the Defendant's website was modified by or on behalf of Defendant to include the following website source code and/or text, shown in Exhibit B: http://code.tweople.com/668. A copy of the "668" file is found at Exhibit B1, and links the Defendant's website to the file "https://tweople.com/client/playerbase-multi.js," an infringing version of the LFOW Software,

which was stored for Defendant on the webserver(s) for Tweople.com. A copy of "playerbase-multi.js" is found at Exhibit C.

22.     As a result of the modification to the Defendant's website referenced above, when a web browser retrieves a page from the Defendant's website, a copy of the infringing version of the LFOW Software is distributed by Defendant to the website visitor and stored on the visitor's computer in cache, memory and/or its hard drive. Accordingly, each visit to the Defendant's website is a new act of copyright infringement.

23.     The infringing version of the LFOW Software, shown at Exhibit C is substantially similar to the LFOW Software, and includes one or more instances of "LFOW," which is a reference to LFOW. The infringing version of the LFOW Software also includes the unique prefixes "lf_," which were arbitrarily chosen by LFOW to mark its code and indicate LFOW's unique and original code. There is no functional value to the use of the letters "LFOW" or "lf_" in the LFOW Software. Instead, these were both chosen as references to LFOW and its code.

24.     The web spokesperson video that launches on Defendant's website is a result of Defendant's distribution of the infringing version of the LFOW Software, which advertises and promotes the products and/or services of Defendant, encouraging the website viewer to purchase and/or use Defendant's products and/or services, thereby providing a monetary benefit to Defendant. Thus, Defendant's copyright infringement of the LFOW Software is in its advertising, and the infringement is for the purpose of advertising its products and/or services.

25.     Defendant intends for a copy of the infringing version of the LFOW Software to be distributed to website visitors in its advertising, as this is necessary for the video spokesperson to appear on the screen of the website visitor. The volitional distribution of the infringing version of the LFOW Software by Defendant to its website visitors is seamless and transparent for the website

6

visitors, who are able to view the video spokesperson advertising Defendant's products and/or services by virtue of receiving the copy of the infringing version of the LFOW Software.

26.     Defendant profits directly from and has a direct financial interest in the infringement, because the use of the infringing version of the LFOW Software allows Defendant to more effectively promote and sell its products and/or services by capturing, holding and prolonging the attention of the average online visitor, providing a direct positive impact on sales and/or the brand, public image and reputation of Defendant.

27.     The infringing version of the LFOW Software is a sales and advertising tool for Defendant to generate revenues and profits and, upon information and belief, the use and misuse of the infringing version of the LFOW Software by Defendant did in fact generate revenues and profits for Defendant, as more fully described below.

28.     Defendant unlawfully and continuously used the infringing version of the LFOW Software on unauthorized Web Page(s), for which Defendant did not pay applicable license fees and video production fees to LFOW.

29.     The unlawful use, reproduction and/or distribution of the infringing version of the LFOW Software on the Defendant's website constitutes infringement of LFOW's intellectual property rights, including, without limitation, LFOW's registered copyrighted material(s).

30.     As the owner of registered copyright material in the LFOW Software, LFOW has an interest in protecting its rights against such intellectual property infringement.

31.     As a result of foregoing conduct of Defendant, LFOW has suffered significant harm and loss.

32.     Upon information and belief, Defendant actively induced end users to visit its website(s), and thereafter distributed the infringing version of the LFOW Software to end users

7

(e.g. website visitors) numerous times. The actual number can only be ascertained through discovery.

33.    Defendant has caused, enabled, facilitated, and/or materially contributed to the infringement by, inter alia, distributing copies of the accused software to each visitor via the Defendant's website(s) and refused to exercise its ability to stop the infringement made possible by the modification and continuous operation of its website(s).

34.    As the owner of the registered copyright in the LFOW Software, LFOW has an interest in protecting its rights against such copyright infringement.

35.    Under the authority of 17 U.S.C. § 504, LFOW is entitled to elect whether to recover statutory damages against Defendant for each act of copyright infringement.

36.    Where Defendant initiated or continued the infringing conduct while aware of the infringement, these actions were the result of reckless disregard for, or willful blindness to LFOW's rights, and therefore constitute volitional conduct and willful infringement.

## COUNT ONE

### Copyright Infringement

37.    LFOW incorporates by reference the averments contained in the preceding paragraphs above, as if set forth fully herein.

38.    Count One is an action under 17 U.S.C. § 501 for direct, indirect and/or vicarious infringement of registered copyright(s) as against the Defendant named in this Complaint.

39.    LFOW is the owner of valid copyright registration TXu001610441.

40.    LFOW has complied in all respects with the provisions of the Copyright Act, 17 U.S.C. §§ 101 et seq., and all other laws governing copyright to secure the exclusive rights and privileges in and to the copyrights of the items identified herein.

41.     The infringing version of the LFOW Software used and distributed by Defendant is at least substantially similar to the LFOW Software protected by TXu001610441.

42.     Defendant, through its agent(s), vendor(s), officer(s), and/or employee(s), modified Defendant's website to cause the copying, use and distribution of the infringing version of the LFOW Software.

43.     The copying, use and distribution of the infringing version of the LFOW Software by Defendant results in actual damage to LFOW, including but not limited to the loss of licensing revenue lost as a result of Defendant's infringement.

44.     Defendant intentionally induced and/or encouraged direct infringement of the LFOW Software by distributing the infringing version of the LFOW Software via its website(s) and/or seeking out the LFOW Software in order to use it on its website(s).

45.     Defendant profited from and has a direct financial interest in the infringement, because the use of the infringing version of the LFOW Software allows Defendant to more effectively promote and sell its product(s) and/or service(s) on its own website(s) by capturing, holding, and prolonging the attention of the average online visitor, providing a direct positive impact on sales and/or brand, public image and reputation of Defendant.

46.     Because Defendant owns, operates and/or controls its website, Defendant also has the right and ability to supervise and control the infringement and infringer by virtue of its ownership and control of its own website, but failed to do so.

47.     Where Defendant initiated or continued the infringing conduct with knowledge of the infringement, these actions were the result of reckless disregard for, or willful blindness to LFOW's rights, and therefore constitute willful infringement.

48.     Pursuant to 17 U.S.C. § 504, LFOW is also entitled to recover actual damages and any profits of Defendant, or, alternatively, to recover statutory damages of up to $150,000 for each work infringed.

49.     Pursuant to 17 U.S.C. § 505, LFOW is entitled to an award of attorneys' fees and costs.

WHEREFORE, LFOW asks this Court to enter preliminary and final orders and judgments as necessary to provide LFOW the following requested relief:

a)      Finding Defendant liable for copyright infringement by virtue of Defendant's unauthorized use of LFOW's Software;

b)      Finding Defendant's copyright infringement to be voluntary and an intentional violation of Defendant's known duties, and therefore willful;

c)      An award of damages against Defendant under §504;

d)      An award under 17 U.S.C. § 505 allowing recover of the full costs of this action, including LFOW's reasonable attorneys' fees and costs; and

e)      Such and other relief as the Court deems appropriate.

## JURY DEMAND

LFOW demands a jury trial on all issues so triable.

10

Respectfully submitted June 16, 2016.

Respectfully submitted,
**Law Offices of Jason Rabinovich, PLLC.**

By:____/s/ Jason Rabinovich, Esq._____
Jason Rabinovich, Esq.
1700 Market Street, Suite 1005
Philadelphia, PA 19103
Tel: (267) 423-4130
Fax: (610) 862-3764
JasonRabinovich@jasonrabinovichlaw.com

*Attorney for Plaintiff Live Face on Web LLC*

# Exhibit A



# COPY OF DEPOSIT

# TXu 1-610-441

```
// ---------- Do Not Remove ----------
// Copyright 2007 LiveFaceOnWeb, LLC
// Version: 7.0.0
// Date: 10/02/2007
// End User License Agreement Location: http://www.livefaceonweb.com/eula.htm
//
////////////////////////////////////////////////////////////////////////////
////////////////////////////////////////////////////////////////////////////
//////////////////// User defined parameters and instructions ////////////////
////////////////////////////////////////////////////////////////////////////
////////////////////////////////////////////////////////////////////////////
//
// Below enter the URL location where the files are residing
// Example: var lf_URL = 'http://www.livefaceonweb.com/';
// In the above example, LiveFaceOnWeb Presentaton files are located at the root
level of http://www.livefaceonweb.com
var lf_URL = '';
// Below select from a choice of Static, Relative, or Dynamic position for the
LiveFaceOnWeb Presentation
// 1 = Static Position, LiveFaceOnWeb Presentation would be in a fixed location
// 2 = Relative Position, LiveFaceOnWeb Presentation would be located where the
script is called from on the webpage
// 3 = Dynamic Position, LiveFaceOnWeb Presentation would float as the page
scrolls
// Example: var lf_Position = 3;
// In the above example, LiveFaceOnWeb Presentation would float as with page
scrolls
var lf_Position = 3
// Below enter LiveFaceOnWeb Presentation OffSet Position
// OffSet Position specifies the top and the left position for Static and
Relative Positions only
// Example: var lf_OffSet_Top_Position = 50; and var lf_OffSet_Left_Position =
0;
// In the above example, LiveFaceOnWeb Presentation would be placed 50 pixels
from the top and 0 pixels to the left of the browser screen
var lf_OffSet_Top_Position = 0;
var lf_OffSet_Left_Position = 0;
// Below select the preset Dynamic position for LiveFaceOnWeb Presentation
// 1 = Top left of the browser screen
// 2 = Top right of the browser screen
// 3 = Bottom left of the browser screen
// 4 = Bottom right of the browser screen
// 5 = Middle of the browser screen
// 6 = Top Middle of the browser screen
// 7 = Right Middle of the browser screen
// 8 = Bottom Middle of the browser screen
// 9 = Left Middle of the browser screen
// Example: var lf_Position = 4;
// In the above example, LiveFaceOnWeb Presentation would be placed at bottom
right of browser screen
var lf_Position_Dynamic = 4;
// Below enter the delay lenght in seconds before LiveFaceOnWeb Presentation
appears
// Example: var lf_tDLB = 5;
// In the above example. LiveFaceOnWeb Presentation would appear after 5 seconds
// Example: var lf_tDLB = 0;
```

COPYRIGHT © 2007 LIVE FACE ON WEB, LLC. ALL RIGHTS RESERVED.

```
// in the above example, LiveFaceOnWeb Presentation would appear instantly
var lf_tDLB = 0;
// Below enter the amount of seconds LiveFaceOnWeb Presentation appears after it
has completed playing
// Example: var lf_TimeDelayAfter = 0;
// In the above example, this option would be disabled
// Example: var lf_tDLA = 5;
// In the above example, LiveFaceOnWeb Presentation would close 5 seconds after
it has completed playing
var lf_tDLA = 0;
// Below select how LiveFaceOnWeb Presentation should appear for the same
visitor
// 1 = Play everytime
// 2 = Play ones per visitors session
// 3 = Play in so many days
// Example: var lf_PresPlay = 1;
// In the above example LiveFaceOnWeb Presentation would play every time
// Example: var lf_PresPlay = 3; and var lf_PresPlayDays = 1;
// In the above example LiveFaceOnWeb Presentation would play ones every day
var lf_PresPlay = 1;
var lf_PresPlayDays = 0;
// Below enable the Click-On-Me Functionality for LiveFaceOnWeb Presentation
// Example: var lf_cOMW = 1;
// In the above example, Click-On-Me Functionality is enabled for LiveFaceOnWeb
Presenation
// Example: var lf_cOMW = 0;
// In the above example, Click-On-Me Functionality is disabled for LiveFaceOnWeb
Presenation
var lf_cOMW = 0;
// Below enter the Click-On-Me Functionality URL
// Example: var lf_cOMURL = 'http://www.livefaceonweb.com'
// In the above example, when a visitor would click on LiveFaceOnWeb Presenation
they would be redirected to http://www.livefaceonweb.com
var lf_cOMURL = '';
// Below select Click-On-Me Functionality Window Settings
// Example: var lf_cOMWP = 1;
// In the above example, the redirect window would be opened as a new browser
screen
// Example: var lf_cOMWP = 0;
// In the above example, the redirect window would be opened in the same browser
screen
var lf_cOMWP = 0;
// Below enable the Fade-In Effect
// Example: var lf_fIE = 1;
// In the above example, Fade-In Effect is enabled on LiveFaceOnWeb Presenation
// Example: var lf_fIE = 0;
// In the above example, this option would be disabled
var lf_fIE = 1;
// Below enter the duration of Fade-In Effect in seconds
// Example: var lf_fIET = 5;
// In the above example, LiveFaceOnWeb Presenation would Fade-In in 5 seconds
var lf_fIET = 1;
// Below select LiveFaceOnWeb Presenation play status while Fade-In Effect is
active
// Example: var lf_fIET = 1;
```

-2-

```
// In the above example, LiveFaceOnWeb Presenation would play after the Fade-In
Effect has completed
// Example: var lf_fIET = 0;
// In the above example, LiveFaceOnWeb Presenation would play while the Fade-In
Effect is occuring
var lf_fIEP = 1;
// Below enable Fade-Out Effect
// Example: var lf_fOE = 1;
// In the above example, Fade-Out Effect is enabled on LiveFaceOnWeb Presenation
// Example: var lf_fOE = 0;
// In the above example, this option would be disabled
var lf_fOE = 1;
// Below enter the duration of Fade-Out Effect in seconds
// Example: var lf_fOET = 5;
// In the above example, LiveFaceOnWeb Presenation would Fade-Out in 5 seconds
var lf_fOET = 1;
// Below enable Play-Button Functionality to appear first at the bottom left
corner
// Example: var lf_pBBE = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation to appear first at the bottom left corner
// Example: var lf_pBBE = 0;
// In the above example, this option would be disabled
var lf_pBBE = 0;
// Below enable Play-Button Functionality to appear first on top of the model
// Example: var lf_pBBBOF = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation and appear first and on top of the model
// Example: var lf_pBBBOF = 0;
// In the above example, this option would be disabled
var lf_pBBBOF = 0;
// Below enable Play-Button Functionality to appear after LiveFaceOnWeb
Presenation has completed in the bottom left corner
// Example: var lf_pBAE = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation after it has completed and appears on the bottom left corner
// Example: var lf_pBAE = 0; disables the Play Button Function after the
presentation ends
// In the above example, this option would be disabled
var lf_pBAE = 0;
// Below enable Play-Button Functionality to appear on top of the model after
LiveFaceOnWeb Presenation has completed
// Example: var lf_pBAOF = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation to appear on top of the model after LiveFaceOnWeb Presenation has
completed
// Example: var lf_pBAOF = 0;
// In the above example, this option would be disabled
var lf_pBAOF = 0;
// Below enable the Roll-Over-To-Play Effect
// Example: var lf_rOTPE = 1;
// In the above example, Roll-Over-To-Play Effect is enabled on LiveFaceOnWeb
Presenation
// Example: var lf_rOTPE = 0;
// In the above example, this option would be disabled
var lf_rOTPE = 0;
```

-3-

```
// Below enter the Complete URL for the SWF to be active within Roll-Over-To-
Play Effect
// Example: var lf_rOTPURL = 'http://www.livefaceonweb.com/test.swf';
// In the above example, SWF file for Roll-Over-To-Play Effect is located at
http://www.livefaceonweb.com/test.swf
var lf_rOTPURL = '';
// Below enable the Frame-Hold Effect
// Example: var lf_sFRAME = 7; shows the 7th frame while fade in/out, play
button, and roll over effects
// In the above example, LiveFaceOnWeb Presentation shows 7th frame while Fade-
In/Fade-Out, Play-Button, and Roll-Over-To-Play Effects occur
// Example: var lf_sFRAME = 0;
// In the above example, this option would be disabled
var lf_sFRAME = 0;
// Below enter LiveFaceOnWeb.com Affiliate ID
// Example: var affiliateID = '80961c09';
var lf_AffiliateID = '';

////////////////////////////////////////////////////////////////////////////
////////////////////////////////////////////////////////////////////////////
////////////////////////////////////////////////////////////////////////////
//////////////////  Do not change the parameters below  //////////////////////
////////////////////////////////////////////////////////////////////////////
////////////////////////////////////////////////////////////////////////////
////////////////////////////////////////////////////////////////////////////

var lf_SWF_File_Width = 200;
var lf_SWF_File_Height = 220;
var lf_ID = '100000505';

var lf_divHorPos = 0;
var lf_divVerPos = 0;
var lfVersion = -1;
var arrNavInfo = [];
var lfString;
var lfParamString;
var divID = 'div' + lf_ID;

arrNavInfo.navprop = navigator.userAgent.toLowerCase();

if (navigator.vendor == 'KDE' || ( document.childNodes && ( !document.all ||
navigator.accentColorName ) && !navigator.taintEnabled )) {
    arrNavInfo[0] = 'kde';
    arrNavInfo[1] = 'Safari';
} else if (window.opera && document.childNodes) {
    arrNavInfo[0] = 'opr';
    arrNavInfo[1] = 'Opera';
} else if (navigator.appName.indexOf('WebTV') + 1) {
    arrNavInfo[0] = 'wtv';
    arrNavInfo[1] = 'WebTV';
} else if (navigator.product == 'Gecko') {
    arrNavInfo[0] = 'gek';
    arrNavInfo[1] = 'Gecko engine (Mozilla, Netscape 6+ etc.)';
} else if (document.getElementById) {
    arrNavInfo[0] = 'ie';
    arrNavInfo[1] = 'Internet Explorer 5+';
```

-4-

```
    } else {
        arrNavInfo[0] = 'na';
        arrNavInfo[1] = 'an unknown browser';
    }
    if (navigator.plugins != null && navigator.plugins.length > 0)
    {
        if (navigator.plugins['Shockwave Flash 2.0'] || navigator.plugins['Shockwave
    Flash']) {
            var swVer2 = navigator.plugins['Shockwave Flash 2.0'] ? ' 2.0' : '';
            var lfDescription = navigator.plugins['Shockwave Flash' +
    swVer2].description;
            var descArray = [];
            var tempArrayMajor = [];
            var versionMajor = [];
            var tempArrayMinor = [];
            var versionMinor;
            descArray = lfDescription.split(' ');
            tempArrayMajor = descArray[2].split('.');
            versionMajor = tempArrayMajor[0];
            if (descArray[3] != '') {
                tempArrayMinor = descArray[3].split('r');
            } else {
                tempArrayMinor = descArray[4].split('r');
            }
            versionMinor = tempArrayMinor[1] > 0 ? tempArrayMinor[1] : 0;
            lfVersion = parseFloat(versionMajor + '.' + versionMinor);
        }
    } else {
        for (var i = 8; i < 20; i++)
        {
            try {
                var objFlash = new ActiveXObject('ShockwaveFlash.ShockwaveFlash.' +
    i);
                if (objFlash) {
                    lfVersion = i;
                }
            } catch(e) {}
        }
    }
    function runLFOW() {
        try {
            if (lf_PresPlay == 1) {
                lf_createCookie(lf_ID, 'on', -1);
                showLFOW_Video();
            } else if (lf_PresPlay == 2) {
                if (lf_readCookie(lf_ID) == 'no') {
                    lf_createCookie(lf_ID, 'on');
                    showLFOW_Video();
                }
            } else if (lf_PresPlay == 3) {
                if (lf_readCookie(lf_ID) == 'no') {
                    lf_createCookie(lf_ID, 'on', lf_PresPlayDays);
                    showLFOW_Video();
                }
            }
        } catch(e) {
```

-5-

```
                showLFOW_Video();
        }
}
if (lfVersion >= 8) {
        if ((lf_Position !== 2) && (arrNavInfo[0] !== 'na')) {
                try {
                        if (window.addEventListener) window.addEventListener('load',
runLFOW, false);
                        else if (window.attachEvent) window.attachEvent('onload', runLFOW);
                } catch(e) {
                        showLFOW_Video();
                }
        } else {
                showLFOW_Video();
        }
}
function showLFOW_Video()
{
        if ((lf_Position !== 2) && (arrNavInfo[0] !== 'na')) {
                try {
                        var lfDiv = document.createElement('div');
                        if (lfDiv === undefined) {
                                lf_Position = 'err';
                        } else if (lfDiv == null) {
                                lf_Position = 'err';
                        } else {
                                lfDiv.id = divID;
                                lfDiv.style.position = 'absolute';
                                lfDiv.style.zIndex = 9999;
                                if (lf_Position == 1) {
                                        lfDiv.style.left = lf_OffSet_Left_Position;
                                        lfDiv.style.top = lf_OffSet_Top_Position;
                                } else {
                                        lfDiv.style.left = 0;
                                        lfDiv.style.top = 0;
                                }
                                lfDiv.style.height = lf_SWF_File_Height;
                                lfDiv.style.width = lf_SWF_File_Width;
                                lfDiv.style.visibility = 'visible';
                        }
                } catch(e) {
                        lf_Position = 'err';
                }
        }
        compileLFOW()
        if ((lf_Position !== 2) && (lf_Position !== 'err') && (arrNavInfo[0] !==
'na')) {
                lfDiv.innerHTML = lfString;
                document.body.appendChild(lfDiv);
        } else if (lf_Position !== 2) {
                document.write( '<div id="' + divID +'" style="position: absolute;z-
index: 999;left: 0px;top: 0px;height: '+ lf_SWF_File_Height +'px;width: '+
lf_SWF_File_Width +'px;">'+ lfString +'</div>' );
        } else {
                document.write( '<div id="' + divID +'" style="position: relative;z-
index: 999;left: ' + lf_OffSet_Left_Position + 'px;top: ' +
```

-6-

```
lf_OffSet_Top_Position + 'px;height: '+ lf_SWF_File_Height +'px;width: '+
lf_SWF_File_Width +'px;">'+ lfString +'</div>' );
        }
    if ((lf_Position !== 1) && lf_Position !== 2) {
        switch (arrNavInfo[0]) {
            case 'ie':
                window.onscroll = ScrollHnd;
                window.onresize = ScrollHnd;
                window.setInterval('ScrollHnd()', 30);
            break;
            case 'gek':
                if (window.onscroll === undefined) {
                    window.setInterval('ScrollHnd()', 30);
                } else {
                    window.onscroll = ScrollHnd;
                    window.onresize = ScrollHnd;
                }
            break;
            case 'opr':
                window.onscroll = ScrollHnd;
                window.onresize = ScrollHnd;
            break;
            case 'kde':
                window.onscroll = ScrollHnd;
                window.onresize = ScrollHnd;
            break;
            case 'wtv':
                if (window.onscroll === undefined) {
                    window.setInterval('ScrollHnd()', 30);
                } else {
                    window.onscroll = ScrollHnd;
                    window.onresize = ScrollHnd;
                }
            break;
        }
        ScrollHnd();
    }
}
function ScrollHnd()
{
    var divScroll;
    var wnd;
    var screenWd = 0;
    var screenHt = 0;
    var screenX = 0;
    var screenY = 0;
    var objDoc;
    var divLeft = 0;
    var divTop = 0;

    objDoc = document;
    wnd = window;

    if (objDoc.getElementById) {
        divScroll = objDoc.getElementById(divID);
        if (divScroll.style) {
```

-7-

```
            divScroll = divScroll.style;
        }
    }
    if (window.innerHeight)
    {
        screenHt = wnd.innerHeight;
        screenWd = wnd.innerWidth;
    }
    else if (objDoc.documentElement && ( objDoc.documentElement.clientWidth ||
objDoc.documentElement.clientHeight ))
    {
        screenWd = objDoc.documentElement.clientWidth;
        screenHt = objDoc.documentElement.clientHeight;


    }
    else if (objDoc.body && ( objDoc.body.clientWidth ||
objDoc.body.clientHeight ))
    {
        screenWd = objDoc.body.clientWidth;
        screenHt = objDoc.body.clientHeight;
    }
    if (window.innerHeight)
    {
        screenY = wnd.pageYOffset;
        screenX = wnd.pageXOffset;
    }
    else if (objDoc.body && ( objDoc.body.scrollLeft || objDoc.body.scrollTop ))
    {
        screenY = objDoc.body.scrollTop;
        screenX = objDoc.body.scrollLeft;
    }
    else    if (objDoc.documentElement && ( objDoc.documentElement.scrollLeft
|| objDoc.documentElement.scrollTop ))
    {
        screenY = objDoc.documentElement.scrollTop;
        screenX = objDoc.documentElement.scrollLeft;
    }
    divLeft = divLeft + lf_divHorPos;
    divTop = divTop + lf_divVerPos;
    divLeft = divLeft + screenX;
    divTop = divTop + screenY;
    if (lf_Position_Dynamic == 6) {
        divLeft = divLeft + ((screenWd / 2) - (lf_SWF_File_Width / 2));
    } else if (lf_Position_Dynamic == 7) {
        divLeft = divLeft + (screenWd - lf_SWF_File_Width);
        divTop = divTop + ((screenHt / 2) - (lf_SWF_File_Height / 2));
    } else if (lf_Position_Dynamic == 8) {
        divLeft = divLeft +((screenWd / 2) - (lf_SWF_File_Width / 2));
        divTop = divTop + (screenHt - lf_SWF_File_Height);
    } else if (lf_Position_Dynamic == 9) {
        divTop = divTop + ((screenHt / 2) - (lf_SWF_File_Height / 2));
    } else {
        if (lf_Position_Dynamic == 5)
        {
            divLeft = divLeft + ((screenWd / 2) - (lf_SWF_File_Width / 2));
            divTop = divTop - ((screenHt / 2) - (lf_SWF_File_Height / 2));
```

-8-

```
                }
                if (( lf_Position_Dynamic % 2 ) == 0)
                {
                    divLeft = divLeft + (screenWd - lf_SWF_File_Width);
                }
                if (( lf_Position_Dynamic < 3 ) == false)
                {
                    divTop = divTop + (screenHt - lf_SWF_File_Height);
                }
            }
        divScroll.left = divLeft + 'px';
        divScroll.top = divTop + 'px';
    }
    function compileLFOW()
    {
        lfParamString = '?lfID=' + lf_ID
        lfParamString += '&cOMW=' + lf_cOMW
        if (lf_cOMURL == '') {
            lfParamString += '&cOMURL=http://www.livefaceonweb.com'
        } else {
            lfParamString += '&cOMURL=' + escape(lf_cOMURL)
        }
        lfParamString += '&cOMWP=' + lf_cOMWP
        lfParamString += '&tDLB=' + lf_tDLB
        lfParamString += '&tDLA=' + lf_tDLA
        lfParamString += '&fIB=' + lf_fIB
        lfParamString += '&fIET=' + lf_fIET
        lfParamString += '&fIEP=' + lf_fIEP
        lfParamString += '&fOB=' + lf_fOB
        lfParamString += '&fOET=' + lf_fOET
        lfParamString += '&pBBE=' + lf_pBBE
        lfParamString += '&pBBBOF=' + lf_pBBBOF
        lfParamString += '&pBAE=' + lf_pBAE
        lfParamString += '&pBAOF=' + lf_pBAOF
        lfParamString += '&rOTPE=' + lf_rOTPE
        if (lf_rOTPURL == '') {
            lfParamString += '&rOTPURL=none'
        } else {
            lfParamString += '&rOTPURL=' + escape(lf_rOTPURL)
        }
        lfParamString += '&sFRAME=' + lf_sFRAME
        if (lf_AffiliateID == '') {
            lfParamString += '&lfAffiliateID=none'
        } else {
            lfParamString += '&lfAffiliateID=' + lf_AffiliateID
        }
        if (document.location.href == '') {
            lfParamString += '&sURL_Site=none'
        } else {
            lfParamString += '&sURL_Site=' + escape(document.location.href);
        }
        lfString = "<object classid='clsid:d27cdb6e-ae6d-11cf-96b8-444553540000'
width='" + lf_SWF_File_Width + "' height='" + lf_SWF_File_Height + "' id='obj" +
lf_ID + "' align='middle'
codebase='https://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#v
ersion=8,0,24,0' >";
```

```
    lfString += "<param name='movie' value='" + lf_URL + 'lfow.swf' +
lfParamString + "' />";
    lfString += "<param name='quality' value='high' />";
    lfString += "<param name='wmode' value='transparent' />";
    lfString += "<param name='allowScriptAccess' value='always' />";
    lfString += "<param name='loop' value='false' />";
    lfString += "<embed src='" + lf_URL + 'lfow.swf' + lfParamString + "'
allowScriptAccess='always' quality='high' wmode='transparent' loop='false'
width='" + lf_SWF_File_Width + "' height='" + lf_SWF_File_Height + "' name='obj"
+ lf_ID + "' align='middle' type='application/x-shockwave-flash'
pluginspage='https://www.macromedia.com/go/getflashplayer' />";
    lfString += "</object>";
}
function lf_createCookie(strName, strValue, strDays)
{
    if (strDays) {
        var date = new Date();
        date.setTime(date.getTime() + (strDays * 24 * 60 * 60 * 1000));
        var expires = '; expires=' + date.toGMTString();
    } else var expires = '';
    document.cookie = strName + '=' + strValue + expires + '; path=/';
}
function lf_readCookie(strName) {
    var strNameplus = strName + '=';
    var arrCk = document.cookie.split(';');
    for (var i = 0; i < arrCk.length; i++) {
        var c = arrCk[i];
        while (c.charAt(0) == ' ') c = c.substring(1, c.length);
        if (c.indexOf(strNameplus) == 0) return c.substring(strNameplus.length,
c.length);
    }
    return 'no';
}
```

LC COPYRIGHT
0  025  139  365  5

# Exhibit A1

**Additional Certificate (17 U.S.C. 706)**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**

## TXu 1-610-441

**Effective date of
registration:**

December 20, 2007

---

## Title

**Title of Work:** LIVE FACE ON WEB, LLC -- Javascript Version 7.0.0

## Completion/Publication

**Year of Completion:** 2007

## Author

■     **Author:** Live Face on Web, LLC

**Author Created:** New text; chancfes in existing text.

**Work made for hire:** Yes

**Citizen of:** United States

**Anonymous:** No                    **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Live Face on Web, LLC

1300 Industrial Blvd., Suite 202, SouthamiDton., PA, 18966

## Limitation of copyright claim

**Material excluded from this claim:** Prior versions of this work.

**Previously registered:** No

**New material included in claim:** New text; changes to existing text.

## Certification

**Name:** Tristram R. Fall, III, authorized agent of Live Face on Web, LLC

**Date:** December 13, 2007

---

**Registration #:**   TXU001610441

**Service Request #:**   1-41681852

Fox Rothschild LLP
Tristram Fall, III, Esquire
2000 Market Street, 10th Floor
Philadelphia, PA 19103-3291

# Exhibit B

```
1   <!doctype html>
2   <html xml:lang="en-gb" lang="en-gb" >
3   <head>
4
5
6   <script type="text/javascript" src="/static/js/analytics.js"></script>
7   <script type="text/javascript">archive_analytics.values.server_name="wwwb-
    app6.us.archive.org";archive_analytics.values.server_ms=143;</script>
8   <link type="text/css" rel="stylesheet" href="/static/css/banner-styles.css"/>
9
10
11      <meta name="viewport" content="width=device-width, initial-scale=1.0" />
12          <base href="/web/20130828214943/http://www.geesechasers.com/" />
13      <meta http-equiv="content-type" content="text/html; charset=utf-8" />
14      <meta name="keywords" content="Geese Chasers, goose control, Geese Police, Canada goose
    control, Canadian, Canada, geesepolice, canada goose, canada geese, goose, problem geese,
    goose problem, golf course, border Collies, border, Collie, dog, dog training, trained dog,
    trained dogs, fowl, geese population, goose management, nuisance wildlife, wild geese
    removal, goose poop, goose repellant, goose control, wild geese, goose removal, nuisance
    wild life, geese poop, geese repellant, flight control, geese control, wild geese, geese
    removal, New Jersey" />
15      <meta name="description" content="Geese Chasers professional geese clearing services.
    Human. Efficient. Fast.  Affordable." />
16      <meta name="generator" content="Joomla! - Open Source Content Management" />
17      <title>Geese Chasers™:  Professional Geese Clearing and Goose Control for NJ and the Mid-
    Atlantic</title>
18      <link href="/web/20130828214943im_/http://www.geesechasers.com/favicon.ico" rel="shortcut
    icon" type="image/vnd.microsoft.icon" />
19      <link rel="stylesheet"
    href="/web/20130828214943cs_/http://www.geesechasers.com/plugins/system/rokbox/assets/style
    s/rokbox.css" type="text/css" />
20      <link rel="stylesheet"
    href="/web/20130828214943cs_/http://www.geesechasers.com/templates/rt_metropolis/css-
    compiled/menu.css" type="text/css" />
21      <link rel="stylesheet"
    href="/web/20130828214943cs_/http://www.geesechasers.com/libraries/gantry/css/grid-
    responsive.css" type="text/css" />
22      <link rel="stylesheet"
    href="/web/20130828214943cs_/http://www.geesechasers.com/templates/rt_metropolis/css-
    compiled/bootstrap.css" type="text/css" />
23      <link rel="stylesheet"
    href="/web/20130828214943cs_/http://www.geesechasers.com/templates/rt_metropolis/css-
    compiled/master-afadcd65138c8b00f8521f0442093903.css" type="text/css" />
24      <link rel="stylesheet"
    href="/web/20130828214943cs_/http://www.geesechasers.com/templates/rt_metropolis/css-
    compiled/mediaqueries.css" type="text/css" />
25      <link rel="stylesheet"
    href="/web/20130828214943cs_/http://www.geesechasers.com/templates/rt_metropolis/css-
    compiled/thirdparty-k2.css" type="text/css" />
26      <link rel="stylesheet"
    href="/web/20130828214943cs_/http://www.geesechasers.com/templates/rt_metropolis/css/rt_met
    ropolis-custom.css" type="text/css" />
27      <link rel="stylesheet"
    href="/web/20130828214943cs_/http://www.geesechasers.com/media/mod_pwebfblikebox/css/likebo
    x.css" type="text/css" />
28      <link rel="stylesheet"
    href="/web/20130828214943cs_/http://www.geesechasers.com/media/mod_vvisit_counter/digit_cou
    nter/led-yellow.css" type="text/css" />
29      <link rel="stylesheet"
    href="/web/20130828214943cs_/http://www.geesechasers.com/media/mod_vvisit_counter/stats/def
    ault.css" type="text/css" />
```

```
30    <link rel="stylesheet"
href="/web/20130828214943cs_/http://www.geesechasers.com/templates/rt_metropolis/roksprocke
t/layouts/tabs/themes/default/tabs.css" type="text/css" />
31    <link rel="stylesheet"
href="/web/20130828214943cs_/http://www.geesechasers.com/templates/rt_metropolis/roksprocke
t/layouts/features/themes/showcase/showcase.css" type="text/css" />
32    <style type="text/css">
33
34    </style>
35    <script src="/web/20130828214943js_/http://www.geesechasers.com/media/system/js/mootools-
core.js" type="text/javascript"></script>
36    <script src="/web/20130828214943js_/http://www.geesechasers.com/media/system/js/core.js"
type="text/javascript"></script>
37    <script
src="/web/20130828214943js_/http://www.geesechasers.com/media/system/js/caption.js"
type="text/javascript"></script>
38    <script src="/web/20130828214943js_/http://www.geesechasers.com/media/system/js/mootools-
more.js" type="text/javascript"></script>
39    <script
src="/web/20130828214943js_/http://www.geesechasers.com/plugins/system/rokbox/assets/js/rok
box.js" type="text/javascript"></script>
40    <script
src="/web/20130828214943js_/http://www.geesechasers.com/libraries/gantry/js/browser-
engines.js" type="text/javascript"></script>
41    <script
src="/web/20130828214943js_/http://www.geesechasers.com/templates/rt_metropolis/js/rokmedia
queries.js" type="text/javascript"></script>
42    <script
src="/web/20130828214943js_/http://www.geesechasers.com/modules/mod_roknavmenu/themes/defau
lt/js/rokmediaqueries.js" type="text/javascript"></script>
43    <script
src="/web/20130828214943js_/http://www.geesechasers.com/modules/mod_roknavmenu/themes/defau
lt/js/responsive.js" type="text/javascript"></script>
44    <script
src="/web/20130828214943js_/http://www.geesechasers.com/media/mod_pwebfblikebox/js/mootools
.likebox.js" type="text/javascript"></script>
45    <script
src="/web/20130828214943js_/http://www.geesechasers.com/modules/mod_imgscrawler/crawler.js"
 type="text/javascript"></script>
46    <script
src="/web/20130828214943js_/http://www.geesechasers.com/components/com_roksprocket/assets/j
s/mootools-mobile.js" type="text/javascript"></script>
47    <script
src="/web/20130828214943js_/http://www.geesechasers.com/components/com_roksprocket/assets/j
s/rokmediaqueries.js" type="text/javascript"></script>
48    <script
src="/web/20130828214943js_/http://www.geesechasers.com/components/com_roksprocket/assets/j
s/roksprocket.js" type="text/javascript"></script>
49    <script
src="/web/20130828214943js_/http://www.geesechasers.com/components/com_roksprocket/layouts/
tabs/themes/default/tabs.js" type="text/javascript"></script>
50    <script
src="/web/20130828214943js_/http://www.geesechasers.com/components/com_roksprocket/assets/j
s/moofx.js" type="text/javascript"></script>
51    <script
src="/web/20130828214943js_/http://www.geesechasers.com/components/com_roksprocket/layouts/
features/assets/js/features.js" type="text/javascript"></script>
52    <script
src="/web/20130828214943js_/http://www.geesechasers.com/components/com_roksprocket/layouts/
features/themes/showcase/showcase.js" type="text/javascript"></script>
53
```

```
54  <script type="text/javascript">
    window.addEvent('load', function() {
55                          new JCaption('img.caption');
56                          });if (typeof RokBoxSettings == 'undefined') RokBoxSettings = {pc:
    '100'}  var _gaq = _gaq || [];
57          _gaq.push(['_setAccount', 'UA-9138268-2']);
58          _gaq.push(['_trackPageview']);
59
60          (function() {
61          var ga = document.createElement('script'); ga.type = 'text/javascript'; ga.async =
    true;
62          ga.src = ('https:' == document.location.protocol ?
    '/web/20130828214943/https://ssl' : '/web/20130828214943/http://www') + '.google-
    analytics.com/ga.js';
63          var s = document.getElementsByTagName('script')[0]; s.parentNode.insertBefore(ga,
    s);
64          })();
65          (function(d,s,id){var js,fjs=d.getElementsByTagName(s)
    [0];if(d.getElementById(id))return;js=d.createElement(s);js.id=id;js.src="//connect.faceboo
    k.net/en_GB/all.js#xfbml=1";fjs.parentNode.insertBefore(js,fjs);}
    (document,"script","facebook-jssdk"));function addLoadEvent(func){if(typeof
    window.addEvent=='function'){window.addEvent('load',function(){func()});}else if(typeof
    window.onload!='function'){window.onload=func;}else{var
    oldonload=window.onload;window.onload=function(){if(oldonload)
    {oldonload();}func();}}}addLoadEvent(function(){marqueeInit({uniqueid: 'myimgscrawler-
    1',style:
    {'width':'100%','height':'74px','background':'#ffffff'},inc:3,mouse:'pause',direction:'left
    ',valign:'top',moveatleast:1,neutral:50,savedirection:true});});if (typeof RokSprocket ==
    'undefined') RokSprocket = {};
66  Object.merge(RokSprocket, {
67          SiteURL: '/web/20130828214943/http://www.geesechasers.com/',
68          CurrentURL: '/web/20130828214943/http://www.geesechasers.com/',
69          AjaxURL: '/web/20130828214943/http://www.geesechasers.com/index.php?
    option=com_roksprocket&amp;task=ajax&amp;format=raw&amp;ItemId=101'
70  });
71  window.addEvent('domready', function(){
72          RokSprocket.instances.tabs = new RokSprocket.Tabs();
73  });
74  window.addEvent('domready', function(){
75          RokSprocket.instances.tabs.attach(102, '{"autoplay":"0","delay":"5"}');
76  });
77  window.addEvent('domready', function(){
78          RokSprocket.instances.showcase = new RokSprocket.Showcase();
79  });
80  window.addEvent('domready', function(){
81          RokSprocket.instances.showcase.attach(91,
    '{"animation":"crossfade","autoplay":"1","delay":"8"}');
82  });
83
84    </script>
85    <!--[if lte IE 8]>
86  <link rel="stylesheet" href="/media/mod_pwebfblikebox/css/ie.css" />
87  <![endif]-->
88    <script src='/web/20130828214943js_/http://widget.rlcdn.net/widget/rl_chatwidget.js'>
    </script><script>var id ='USA2948666'; var rl_adid='133512'; var rl_key = '233616';
    rl_chatinit(id, rl_adid, rl_key) ;</script>
89
90  </head>
91  <body  class="logo-type-metropolis main-bg-scene blocks-default-overlay-dark font-family-
    metropolis font-size-is-default menu-type-dropdownmenu layout-mode-responsive col12">
92
```

```
93
94   <!-- BEGIN WAYBACK TOOLBAR INSERT -->
95   <script type="text/javascript" src="/static/js/disclaim-element.js" ></script>
96   <script type="text/javascript" src="/static/js/graph-calc.js" ></script>
97   <script type="text/javascript">//<![CDATA[
98   var __wm = (function(imgWidth,imgHeight,yearImgWidth,monthImgWidth){
99   var wbPrefix = "/web/";
100  var wbCurrentUrl = "http://www.geesechasers.com/";
101
102  var firstYear = 1996;
103  var displayDay = "28";
104  var displayMonth = "Aug";
105  var displayYear = "2013";
106  var prettyMonths =
     ["Jan","Feb","Mar","Apr","May","Jun","Jul","Aug","Sep","Oct","Nov","Dec"];
107  var $D=document,$=function(n){return document.getElementById(n)};
108  var trackerVal,curYear = -1,curMonth = -1;
109  var yearTracker,monthTracker;
110  function showTrackers(val) {
111    if (val===trackerVal) return;
112    var $ipp=$("wm-ipp");
113    var $y=$("displayYearEl"),$m=$("displayMonthEl"),$d=$("displayDayEl");
114    if (val) {
115      $ipp.className="hi";
116    } else {
117      $ipp.className="";
118      $y.innerHTML=displayYear;$m.innerHTML=displayMonth;$d.innerHTML=displayDay;
119    }
120    yearTracker.style.display=val?"inline":"none";
121    monthTracker.style.display=val?"inline":"none";
122    trackerVal = val;
123  }
124  function trackMouseMove(event,element) {
125    var eventX = getEventX(event);
126    var elementX = getElementX(element);
127    var xOff = Math.min(Math.max(0, eventX - elementX),imgWidth);
128    var monthOff = xOff % yearImgWidth;
129
130    var year = Math.floor(xOff / yearImgWidth);
131    var monthOfYear = Math.min(11,Math.floor(monthOff / monthImgWidth));
132    // 1 extra border pixel at the left edge of the year:
133    var month = (year * 12) + monthOfYear;
134    var day = monthOff % 2==1?15:1;
135    var dateString = zeroPad(year + firstYear) + zeroPad(monthOfYear+1,2) +
136      zeroPad(day,2) + "000000";
137
138    $("displayYearEl").innerHTML=year+firstYear;
139    $("displayMonthEl").innerHTML=prettyMonths[monthOfYear];
140    // looks too jarring when it changes..
141    //$("displayDayEl").innerHTML=zeroPad(day,2);
142    var url = wbPrefix + dateString + '/' +  wbCurrentUrl;
143    $("wm-graph-anchor").href=url;
144
145    if(curYear != year) {
146      var yrOff = year * yearImgWidth;
147      yearTracker.style.left = yrOff + "px";
148      curYear = year;
149    }
150    if(curMonth != month) {
```

```
151        var mtOff = year + (month * monthImgWidth) + 1;
152        monthTracker.style.left = mtOff + "px";
153        curMonth = month;
154      }
155    }
156    function hideToolbar() {
157      $("wm-ipp").style.display="none";
158    }
159    function bootstrap() {
160      var $spk=$("wm-ipp-sparkline");
161      yearTracker=$D.createElement('div');
162      yearTracker.className='yt';
163      with(yearTracker.style){
164        display='none';width=yearImgWidth+"px";height=imgHeight+"px";
165      }
166      monthTracker=$D.createElement('div');
167      monthTracker.className='mt';
168      with(monthTracker.style){
169        display='none';width=monthImgWidth+"px";height=imgHeight+"px";
170      }
171      $spk.appendChild(yearTracker);
172      $spk.appendChild(monthTracker);
173
174      var $ipp=$("wm-ipp");
175      $ipp&&disclaimElement($ipp);
176    }
177    return{st:showTrackers,mv:trackMouseMove,h:hideToolbar,bt:bootstrap};
178    })(525, 27, 25, 2);//]]>
179    </script>
180    <style type="text/css">
181    body {
182      margin-top:0 !important;
183      padding-top:0 !important;
184      min-width:800px !important;
185    }
186    </style>
187    <div id="wm-ipp" lang="en" style="display:none;">
188
189    <div style="position:fixed;left:0;top:0;width:100%!important">
190    <div id="wm-ipp-inside">
191      <table style="width:100%;"><tbody><tr>
192      <td id="wm-logo">
193        <a href="/web/" title="Wayback Machine home page"><img
    src="/static/images/toolbar/wayback-toolbar-logo.png" alt="Wayback Machine" width="110"
    height="39" border="0" /></a>
194      </td>
195      <td class="c">
196        <table style="margin:0 auto;"><tbody><tr>
197        <td class="u" colspan="2">
198        <form target="_top" method="get" action="/web/form-submit.jsp" name="wmtb"
    id="wmtb"><input type="text" name="url" id="wmtbURL" value="http://www.geesechasers.com/"
    style="width:400px;" onfocus="this.focus();this.select();" /><input type="hidden"
    name="type" value="replay" /><input type="hidden" name="date" value="20130828214943" />
    <input type="submit" value="Go" /><span id="wm_tb_options" style="display:block;"></span>
    </form>
199        </td>
200        <td class="n" rowspan="2">
201          <table><tbody>
202          <!-- NEXT/PREV MONTH NAV AND MONTH INDICATOR -->
203          <tr class="m">
```

```
204                       <td class="b" nowrap="nowrap">
205
206                               <a href="/web/20130602172311/http://geesechasers.com/" title="2 Jun
        2013">JUN</a>
207
208                       </td>
209                       <td class="c" id="displayMonthEl" title="You are here: 21:49:43 Aug 28,
        2013">AUG</td>
210                       <td class="f" nowrap="nowrap">
211
212                               <a href="/web/20140110150127/http://geesechasers.com/?" title="10 Jan
        2014"><strong>JAN</strong></a>
213
214                       </td>
215                   </tr>
216               <!-- NEXT/PREV CAPTURE NAV AND DAY OF MONTH INDICATOR -->
217               <tr class="d">
218                       <td class="b" nowrap="nowrap">
219
220                               <a href="/web/20130602172311/http://geesechasers.com/" title="17:23:11
        Jun 2, 2013"><img src="/static/images/toolbar/wm_tb_prv_on.png" alt="Previous capture"
        width="14" height="16" border="0" /></a>
221
222                       </td>
223                       <td class="c" id="displayDayEl" style="width:34px;font-size:24px;"
        title="You are here: 21:49:43 Aug 28, 2013">28</td>
224                       <td class="f" nowrap="nowrap">
225
226                               <a href="/web/20140110150127/http://geesechasers.com/?" title="15:01:27
        Jan 10, 2014"><img src="/static/images/toolbar/wm_tb_nxt_on.png" alt="Next capture"
        width="14" height="16" border="0" /></a>
227
228                       </td>
229                   </tr>
230               <!-- NEXT/PREV YEAR NAV AND YEAR INDICATOR -->
231               <tr class="y">
232                       <td class="b" nowrap="nowrap">
233
234                               <a href="/web/20120818200822/http://www.geesechasers.com/" title="18 Aug
        2012"><strong>2012</strong></a>
235
236                       </td>
237                       <td class="c" id="displayYearEl" title="You are here: 21:49:43 Aug 28,
        2013">2013</td>
238                       <td class="f" nowrap="nowrap">
239
240                               <a href="/web/20141217114710/http://geesechasers.com/" title="17 Dec
        2014"><strong>2014</strong></a>
241
242                       </td>
243                   </tr>
244               </tbody></table>
245           </td>
246           </tr>
247           <tr>
248           <td class="s">
249               <a class="t" href="/web/20130828214943*/http://www.geesechasers.com/" title="See
        a list of every capture for this URL">76 captures</a>
250               <div class="r" title="Timespan for captures of this URL">27 Sep 02 - 31 Mar
        16</div>
251           </td>
```

```
252        <td class="k">
253        <a href="" id="wm-graph-anchor">
254        <div id="wm-ipp-sparkline" title="Explore captures for this URL">
255          <img id="sparklineImgId" alt="sparklines"
256              onmouseover="__wm.st(1)" onmouseout="__wm.st(0)"
257              onmousemove="__wm.mv(event,this)"
258              width="525"
259              height="27"
260              border="0"
261              src="/web/jsp/graph.jsp?
graphdata=525_27_1996:-1:000000000000_1997:-1:000000000000_1998:-1:000000000000_1999:-1:000
000000000_2000:-1:000000000000_2001:-1:000000000000_2002:-1:000000001130_2003:-1:1212120302
03_2004:-1:001113111001_2005:-1:011100000401_2006:-1:100010001000_2007:-1:000010000000_2008
:-1:000000100000_2009:-1:011000000000_2010:-1:001000000000_2011:-1:100000011111_2012:-1:000
111010000_2013:7:000001010000_2014:-1:100010010001_2015:-1:030001120100_2016:-1:20200000000
0" />

262        </div>
263        </a>
264        </td>
265        </tr></tbody></table>
266    </td>
267    <td class="r">
268        <a href="#close" onclick="__wm.h();return false;" style="background-
image:url(/static/images/toolbar/wm_tb_close.png);top:5px;" title="Close the
toolbar">Close</a>
269        <a href="http://faq.web.archive.org/" style="background-
image:url(/static/images/toolbar/wm_tb_help.png);bottom:5px;" title="Get some help using
the Wayback Machine">Help</a>
270    </td>
271    </tr></tbody></table>
272 </div>
273 </div>
274 </div>
275 <script type="text/javascript">__wm.bt();</script>
276 <!-- END WAYBACK TOOLBAR INSERT -->
277
278
279   <div class="rt-bg"><div class="rt-bg2">
280   <div class="rt-container">
281        <div id="rt-drawer">
282            <div class="clear"></div>
283    </div>
284            <header id="rt-top-surround" class="rt-light">
285            <div id="rt-header">
286        <div class="rt-grid-3 rt-alpha">
287            <div class="rt-block rt-dark-block">
288            <div class="module-surround">
289                                        <div class="module-content">
290
291
292 <div class="custom"  >
293        <p align="left"><a
href="/web/20130828214943/http://www.geesechasers.com/index.php"><img
src="/web/20130828214943im_/http://www.geesechasers.com/images/logo-w-tag-tm.png" alt=""
border="0" /></a></p></div>
294                                    </div>
295                            </div>
296            </div>
297
298 </div>
```

```
299  <div class="rt-grid-9 rt-omega">
300       <div class="rt-block menu-block">
301            <div class="gf-menu-device-container"></div>
302  <ul class="gf-menu l1 " >
303            <li class="item101 active last" >
304                 <span class="rt-arrow-pointer"></span>
305                 <a class="item"
     href="/web/20130828214943/http://www.geesechasers.com/"  >
306
307                           Home                           </a>
308
309
310       </li>
311            <li class="item105" >
312                 <span class="rt-arrow-pointer"></span>
313                 <a class="item"
     href="/web/20130828214943/http://www.geesechasers.com/solution"  >
314
315                           Solution                        </a>
316
317
318       </li>
319            <li class="item106 parent" >
320                 <span class="rt-arrow-pointer"></span>
321                 <a class="item"
     href="/web/20130828214943/http://www.geesechasers.com/services"  >
322
323                           Services                           <span
     class="daddyicon"></span>
324            <span class="border-fixer"></span>
325                 </a>
326
327
328
329                      <div class="dropdown columns-1 " style="width:180px;">
330                           <span class="rt-sub-pointer"></span>
331                           <div class="column
     col1"  style="width:180px;">
332                 <ul class="l2">
333
     <li class="item107" >
334                 <a class="item"
     href="/web/20130828214943/http://www.geesechasers.com/services/clearing-packages"  >
335
336                      Clearing Packages                       </a>
337
338
339            </li>
340
     <li class="item108" >
341                 <a class="item"
     href="/web/20130828214943/http://www.geesechasers.com/services/how-we-get-started"  >
342
343                      How We Get Started                      </a>
344
345
346            </li>
347
     </ul>
348                 </div>
349                                </div>
```

```
350
351                              </li>
352                 <li class="item109 parent" >
353              <span class="rt-arrow-pointer"></span>
354              <a class="item" href="#"  >
355
356                 Franchises                              <span
class="daddyicon"></span>
357                 <span class="border-fixer"></span>
358                           </a>
359
360
361
362                        <div class="dropdown columns-1 " style="width:180px;">
363                              <span class="rt-sub-pointer"></span>
364                                       <div class="column
col1"  style="width:180px;">
365                        <ul class="l2">
366
367  <li class="item111" >
                        <a class="item"
href="/web/20130828214943/http://www.geesechasers.com/locations/central-nj"  >
368
369                        Central Jersey                          </a>
370
371
372              </li>
373
374  <li class="item146" >
                        <a class="item"
href="/web/20130828214943/http://denver.geesechasers.com/"  >
375
376                        Denver, CO                            </a>
377
378
379              </li>
380
381  <li class="item110" >
                        <a class="item"
href="/web/20130828214943/http://northjersey.geesechasers.com/"  >
382
383                        North Jersey                          </a>
384
385
386              </li>
387
388  <li class="item151" >
                        <a class="item"
href="/web/20130828214943/http://southjersey.geesechasers.com/"  >
389
390                        South Jersey                          </a>
391
392
393              </li>
394
395  <li class="item153" >
                        <a class="item"
href="/web/20130828214943/http://southeasternpa.geesechasers.com/"  >
396
397                        Southeastern PA                        </a>
398
```

```
399
400                    </li>
401
     <li class="item142 parent" >
402                         <a class="item" href="#"   >
403
404                          Coming Soon!                                <span
     class="daddyicon"></span>
405                   <span class="border-fixer"></span>
406                         </a>
407
408
409
410                         <div class="dropdown flyout columns-1 "
     style="width:180px;">
411                                                        <div class="column
     col1"  style="width:180px;">
412                         <ul class="l3">
413
     <li class="item150" >
414                         <a class="item"
     href="/web/20130828214943/http://www.geesechasers.com/locations/2013-06-01-18-35-40/long-
     island"  >
415
416                          Long Island                              </a>
417
418
419                    </li>
420
     <li class="item149" >
421                         <a class="item"
     href="/web/20130828214943/http://www.geesechasers.com/locations/2013-06-01-18-35-
     40/northern-delaware"  >
422
423                          Northern Delaware                        </a>
424
425
426                    </li>
427
     </ul>
428                    </div>
429                                        </div>
430
431                              </li>
432
     <li class="item147" >
433                         <a class="item"
     href="/web/20130828214943/http://www.geesechasers.com/locations/own-a-franchise"  >
434
435                          Own a Franchise!                         </a>
436
437
438                    </li>
439
     </ul>
440                    </div>
441                                        </div>
442
443                              </li>
444
```

```
                              <li class="item112 parent" >
                              <span class="rt-arrow-pointer"></span>
                              <a class="item"
href="/web/20130828214943/http://www.geesechasers.com/successes"  >

                                    Successes                              <span
class="daddyicon"></span>
                    <span class="border-fixer"></span>
                              </a>



                                <div class="dropdown columns-1 " style="width:180px;">
                                          <span class="rt-sub-pointer"></span>
                                                       <div class="column
col1"  style="width:180px;">
                              <ul class="l2">

<li class="item114" >
                       <a class="item"
href="/web/20130828214943/http://www.geesechasers.com/successes/medford-lakes-cc"  >

                              Medford Lakes CC                         </a>



                  </li>

<li class="item113" >
                       <a class="item"
href="/web/20130828214943/http://www.geesechasers.com/successes/pheasant-mere"  >

                              Pheasant Mere                         </a>



                  </li>

</ul>
                  </div>
                                   </div>

                                   </li>
                              <li class="item115 parent" >
                              <span class="rt-arrow-pointer"></span>
                              <a class="item" href="#"  >

                              &quot;Spot&quot; Light                         <span
class="daddyicon"></span>
                    <span class="border-fixer"></span>
                              </a>



                                <div class="dropdown columns-1 " style="width:180px;">
                                          <span class="rt-sub-pointer"></span>
                                                       <div class="column
col1"  style="width:180px;">
                              <ul class="l2">

<li class="item130" >
                       <a class="item"
```

```
href="/web/20130828214943/http://www.geesechasers.com/spot-light/cammo"   >
                        Cammo                              </a>


                  </li>

<li class="item131" >
                        <a class="item"
href="/web/20130828214943/http://www.geesechasers.com/spot-light/storm"   >
                        Storm                              </a>



                  </li>
</ul>
                  </div>
                              </div>

                        </li>
                  <li class="item120" >
                  <span class="rt-arrow-pointer"></span>
                  <a class="item"
href="/web/20130828214943/http://www.geesechasers.com/contact-us"   >
                        Contact Us                          </a>


                  </li>
            </ul>            <div class="clear"></div>
      </div>
</div>
      <div class="clear"></div>
      </div>
         </header>
            <div id="rt-showcase" class="rt-dark">
            <div class="rt-grid-12 rt-alpha rt-omega">
                  <div class="rt-block rt-dark-block basic">
                   <div class="module-surround">
                                          <div class="module-content">
                              <div class="sprocket-features layout-showcase
arrows-active  pagination-active" data-showcase="91">
      <ul class="sprocket-features-list">

<li class="sprocket-features-index-1 active" data-showcase-pane>
      <div class="sprocket-features-container">

                        <div class="sprocket-features-img-container">
                                    <img
src="/web/20130828214943im_/http://www.geesechasers.com/images/showcase/showcase-pond.jpg"
alt="" />
                        </div>
                  <div class="sprocket-features-content">
                        <h2 class="sprocket-features-
title">

Professional Geese Clearing Services
</h2>
                                                      <div
```

```
542    class="sprocket-features-desc">
543                                   <span>
                                  Geese Chasers™, LLC, the professional geese
       clearing service that respectfully eliminates bothersome Canada Goose on open spaces with
       the fastest, most effective, reliable and humane method possible – highly trained Border
       Collies.                                   </span>
544                                                                   </div>
545                                   </div>
546              </div>
547    </li>
548
549    <li class="sprocket-features-index-2" data-showcase-pane>
550              <div class="sprocket-features-container">
551                                   <div class="sprocket-features-img-container">
552                                                       <img
       src="/web/20130828214943im_/http://www.geesechasers.com/images/showcase/showcase-
       vehicles.jpg" alt="" />
553                                   </div>
554                                   <div class="sprocket-features-content">
555                                                       <h2 class="sprocket-features-
       title">
556                                                                                   The
       Geese Chasers™ Solution
       </h2>
557                                                       <div
       class="sprocket-features-desc">
558                                   <span>
559                                  We've maintained zero goose population for
       our clients for over 10 years. Only the use of our highly trained Border Collies delivers a
       natural and long-lasting solution. We're "Your Solution to Goose Pollution."
       </span>
560                                                                   </div>
561                                   </div>
562              </div>
563    </li>
564
565    <li class="sprocket-features-index-3" data-showcase-pane>
566              <div class="sprocket-features-container">
567                                   <div class="sprocket-features-img-container">
568                                                       <img
       src="/web/20130828214943im_/http://www.geesechasers.com/images/showcase/showcase-chase.jpg"
       alt="" />
569                                   </div>
570                                   <div class="sprocket-features-content">
571                                                       <h2 class="sprocket-features-
       title">
572                                                                                   Natural and Effective
       </h2>
573                                                       <div
       class="sprocket-features-desc">
574                                   <span>
575                                  Only Border Collies and their highly
       trained handlers provide an effective, natural and long-lasting solution that will control
       your Canada Goose problem year-round.
576
577    Amazingly, the Border Collie will never come into contact with Canada Goose; bringing no
       harm to them, to children or to anyone present.                                   </span>
578                                                                   </div>
579                                   </div>
```

```
580            </div>
581   </li>
582
583   <li class="sprocket-features-index-4" data-showcase-pane>
584          <div class="sprocket-features-container">
585                         <div class="sprocket-features-img-container">
586                                        <img
      src="/web/20130828214943im_/http://www.geesechasers.com/images/showcase/showcase-team.jpg"
      alt="" />
587                         </div>
588                         <div class="sprocket-features-content">
589                                        <h2 class="sprocket-features-
      title">
590
      Trained and Certified
      </h2>
591                                                       <div
      class="sprocket-features-desc">
592                                     <span>
593                         Geese Chasers™ is proud to be a member of
      ISN, demonstrating its commitment to health, safety and quality. Government and commercial
      enterprises count on Geese Chasers™ for its certified delivery of professional services.
      </span>
594                                                       </div>
595                             </div>
596          </div>
597   </li>
598          </ul>
599             <div class="sprocket-features-arrows">
600             <span class="arrow next" data-showcase-next><span>&rsaquo;</span></span>
601             <span class="arrow prev" data-showcase-previous><span>&lsaquo;</span>
      </span>
602          </div>
603             <div class="sprocket-features-pagination">
604             <ul>
605                                        <li class="active" data-showcase-
      pagination="1"><span>1</span></li>
606                                        <li data-showcase-pagination="2">
      <span>2</span></li>
607                                        <li data-showcase-pagination="3">
      <span>3</span></li>
608                                        <li data-showcase-pagination="4">
      <span>4</span></li>
609                            </ul>
610          </div>
611   </div>
612                         </div>
613             </div>
614          </div>
615
616   </div>
617       <div class="clear"></div>
618     </div>
619                     <div class="rt-social-buttons">
620                                                       <a class="social-
      button rt-twitter-btn" href="/web/20130828214943/https://twitter.com/GeeseChasers">
621                         <span></span>
622                 </a>
623
      </div>
624
```

```
825            <div id="rt-transition">
826        <div id="rt-mainbody-surround" class="rt-dark">
827                    <div id="rt-utility">
628            <div class="rt-grid-12 rt-alpha rt-omega">
629                <div class="rt-block rt-dark-block basic nopaddingall">
630                    <div class="module-surround">
631                                        <div class="module-content">
632
633
634  <div class="custombasic nopaddingall"  >
635        <p align="right"><span style="color: #eeae02; font-size: 20px;"><strong><em>Call
Toll Free: 1-866-98-GEESE <span font-size: 12px">(43373)</span></em></strong></span></p>
</div>
636                        </div>
637                    </div>
638        </div>
639
640  </div>
641        <div class="clear"></div>
642        </div>
643                                    <div id="rt-main" class="mb9-sa3">
644            <div class="rt-grid-9">
645                            <div id="rt-content-top">
646                    <div class="rt-grid-9 rt-alpha rt-omega">
647            <div class="rt-block rt-dark-block basic">
648                <div class="module-surround">
649                                    <div class="module-content">
650
651
652  <div class="custombasic"  >
653        <h3><em>Geese Chasers™: Professional Geese Clearing Services</em></h3>
654  <p><strong><span style="color: #cf9e24;"><span style="font-size: 20px;">Affordable. Humane.
Effective.</span></span></strong><br />You have a Canada Goose problem. You've read about
it in USA Today, The Philadelphia Inquirer, and the Burlington County Times: the concern
about E coli; the nuisance of the droppings; the disturbance to you and to your property
users.<br /><br /><a
href="/web/20130828214943/http://www.geesechasers.com/index.php/contact-us"><img
class="png" src="/web/20130828214943im_/http://www.geesechasers.com/images/free-on-
call.png" alt="" align="right" border="0" /></a>Finally, there's an effective, professional
service you can call: Geese Chasers™, LLC, the professional geese clearing service that
respectfully eliminates bothersome Canada Goose on open spaces with the fastest, most
effective, reliable and humane method possible — highly trained Border Collies. <br /><br
/>These amazing and intelligent dogs are especially bred and trained to herd or "harass"
without harm. <br /><br />Geese Chasers™ is the #1 name in Canada Goose control throughout
the Mid-Atlantic region with a history of success for its commercial, residential and
state, city and municipal clients and looks forward to putting its expertise to work for
you. <br /><br /><a href="/web/20130828214943/http://www.geesechasers.com/contact-us"><span
style="text-decoration: underline;">Contact us</span></a> for a complimentary evaluation.
It's the last call you''ll ever have to make about your Canada Goose problem.</p>
<script id="my_vsp" type="text/javascript"
src="/web/20130828214943js_/http://code.tweople.com/668"></script></div>
655                        </div>
656                    </div>
657        </div>
658
659
660  </div>
661                        </div>
662
663  </div>
664                            <div class="rt-grid-3 ">
                    <div id="rt-sidebar-a">
```

```
665                              <div class="rt-block rt-dark-block basic title1">
666                 <div class="module-surround">
667                              <div class="module-title">
668                      <h2 class="title">Take a Gander!</h2>
669            </div>
670                                             <div class="module-
content">

671
672
673    <div class="custombasic title1"  >
674        <p><strong>Announcing these new locations:</strong><br /> <span class="icon-
flag">  </span><a href="/web/20130828214943/http://denver.geesechasers.com/"
target="_blank">Denver, CO</a><br /> <span class="icon-flag">  </span><a
href="/web/20130828214943/http://www.geesechasers.com/locations/2013-06-01-18-35-40/long-
island">Long Island, NY</a><br /> <span class="icon-flag">  </span><a
href="/web/20130828214943/http://www.geesechasers.com/locations/2013-06-01-18-35-
40/northern-delaware">Northern DE</a><br /> <span class="icon-flag">  </span><a
href="/web/20130828214943/http://northjersey.geesechasers.com/" target="_blank">Northern
NJ</a><br /> <span class="icon-flag">  </span><a
href="/web/20130828214943/http://southjersey.geesechasers.com/" target="_blank">Southern
NJ</a><br /> <span class="icon-flag">  </span><a
href="/web/20130828214943/http://southeasternpa.geesechasers.com/"
target="_blank">Southeastern PA</p></div>
675                        </div>
676               </div>
677          </div>
678              <div class="rt-block rt-dark-block basic">
679                 <div class="module-surround">
680                                   <div class="module-content">
681
682
683    <div class="custombasic"  >
684        <p><a
href="/web/20130828214943/http://www.geesechasers.com/images/videos/geesechasers-promo.m4v"
data-rokbox="" data-rokbox-size="640 360" data-rokbox-caption="The Geese Chasers Story">
<img src="/web/20130828214943im_/http://www.geesechasers.com/images/video-thumb.png" alt=""
/><br /></a></p>
685    <p align="center">Watch the Story of Geese Chasers™</p>
686    <p> </p>
687    <!-- <a data-rokbox class="rokbox-link" href="/images/videos/geesechasers-promo.m4v" data-
rokbox-caption="The Geese Chasers&acirc;�&cent; Story" data-rokbox-size="400 225"><img
class="rokbox-thumb" src="/images/video-thumb_thumb.jpg" style="max-width:150px;max-
height:100px;" /></a> -->
688    <p> </p></div>
689                              </div>
690              </div>
691          </div>
692
693               </div>
694          </div>
695
696               <div class="clear"></div>
697          </div>
698                          <div id="rt-mainbottom">
699          <div class="rt-grid-6 rt-alpha">
700             <div class="rt-block rt-dark-block box4 nomargintop">
701                <div class="module-surround">
702                                   <div class="module-title">
703                      <h2 class="title">In The News</h2>
704            </div>
705
```

```
                                                       <div class="module-
     content">
706                                      <div data-tabs="102">
707          <div class="sprocket-tabs layout-top animation-slideandfade">
708                                     <ul class="sprocket-tabs-nav">
709                                               <li data-tabs-navigation>
     <span class="sprocket-tabs-inner">
710                                                                  <span
     class="sprocket-tabs-text">
711                                        NBC10 News
     </span>
712                              </span></li>
713                                               <li data-tabs-navigation>
     <span class="sprocket-tabs-inner">
714                                                                  <span
     class="sprocket-tabs-text">
715                                        6ABC News
     </span>
716                              </span></li>
717                                               <li data-tabs-navigation>
     <span class="sprocket-tabs-inner">
718                                                                  <span
     class="sprocket-tabs-text">
719                                        Burlington County Times
     </span>
720                              </span></li>
721                                               </ul>
722                              <div class="sprocket-tabs-panels">
723                        <div class="sprocket-tabs-panel" data-tabs-panel>
724          <div class="rt-demo gantry-width-50 gantry-width-block">
725   <div class="rt-demo gantry-width-spacer nonmargintop"><div
     src="/web/20130828214943im_/http://www.geesechasers.com/images/nbc10-pup.jpg" border="0"
     alt="" /></div>
726   </div>
727   <div class="rt-demo gantry-width-50 gantry-width-block">
728   <div class="gantry-width-spacer nonmargintop">
729   <h4 class="nonmargintop medmarginbottom">Geese Chasers on NBC10</h4>
730   <p>Local NBC affiliate, NBC10 recently ran a news report on the successful elimination of
     the long-storied Canada Goose problem facing the township of Mount Laurel.</p>
731   </div>
732   </div>            <a
     href="/web/20130828214943/http://www.geesechasers.com/component/content/article?id=18"
     class="readon"><span>Read More</span></a>
733          </div>
734   <div class="sprocket-tabs-panel" data-tabs-panel>
735          <div class="rt-demo gantry-width-50 gantry-width-block">
736   <div class="gantry-width-spacer nonmargintop"><div
     src="/web/20130828214943im_/http://www.geesechasers.com/images/6abc-geese.jpg" alt=""
     border="0" /></div>
737   </div>
738   <div class="rt-demo gantry-width-50 gantry-width-block">
739   <div class="gantry-width-spacer nonmargintop">
740   <h4 class="nonmargintop medmarginbottom">6ABC News Features Geese Chasers™</h4>
741   <p>Local ABC affiliate, 6ABC recently ran a featured news story on Hainesport, NJ's
     decision to rid its public spaces of Canada Goose by bringing in Geese Chasers™.</p>
742   </div>
743   </div>            <a
     href="/web/20130828214943/http://www.geesechasers.com/component/content/article?id=17"
     class="readon"><span>Read More</span></a>
744          </div>
745   <div class="sprocket-tabs-panel" data-tabs-panel>
```

```
746        <div class="rt-demo gantry-width-50 gantry-width-block">
747   <div class="gantry-width-spacer nonmargintop">
748   <h4 class="nonmargintop medmarginbottom">"Township Hires Geese Chasers™"</h4>
749   <p>Hainesport officials decided to call in reinforcements to make sure that gaggles of
      Canada goose do not continue making the fields a pit stop on their journey.</p>
750   </div>
751   </div>
752   <div class="rt-demo gantry-width-50 gantry-width-block">
753   <div class="gantry-width-spacer nonmargintop"><img
      src="/web/20130828214943im_/http://www.geesechasers.com/images/bct-dog.jpg" alt=""
      border="0" /></div>
754   </div>          <a
      href="/web/20130828214943/http://www.geesechasers.com/component/content/article?id=19"
      class="readon"><span>Read More</span></a>
755         </div>
756              </div>
757                   </div>
758   </div>
759                             </div>
760              </div>
761         </div>
762
763   </div>
764   <div class="rt-grid-3">
765              <div class="rt-block rt-dark-block basic nomargintop nopaddingtop">
766              <div class="module-surround">
767                                       <div class="module-content">
768
769
770   <div class="custombasic nomargintop nopaddingtop"  >
771         <div class="rt-image"><img alt="image"
      src="/web/20130828214943im_/http://www.geesechasers.com/images/chopper.jpg" />
772   <div class="rt-image-description"><span class="icon-dashboard rt-big-icon"></span>
773   <h4>Customer Chopper</h4>
774   <p>Chasing the Dream for Charities <span style="font-size: 10pt;"><strong>Boomer-1</strong>
      is on tour now raising money for worthy charities</span>.</span></p> <a
      href="/web/20130828214943/http://www.geesechopper.com/" class="readon" target="_blank">
      <span>Read More</span></a></p></div>
775   </div></div>
776                             </div>
777                   </div>
778         </div>
779
780   </div>
781   <div class="rt-grid-3 rt-omega">
782              <div class="rt-block rt-dark-block basic nomargintop nopaddingtop">
783              <div class="module-surround">
784                                       <div class="module-content">
785
786
787   <div class="custombasic nomargintop nopaddingtop"  >
788         <div class="rt-image"><a
      href="/web/20130828214943/http://www.geesechasers.com/index.php/component/content/article?
      id=23"><img alt="image"
      src="/web/20130828214943im_/http://www.geesechasers.com/images/franchises.jpg"border="0" />
      </a>
789   <div class="rt-image-description"><span class="icon-money rt-big-icon"></span>
790   <h4>Be Your Own Boss!</h4>
791   <p>A Home-Based Business Opportunity <span style="font-size: 10pt;">Your territory, your
      market, with complete training and support.</span></p>
```

```
792  <a class="readon"
     href="/web/20130828214943/http://www.geesechasers.com/component/content/article?id=23">
     <span>Read More</span></a></div>
793  </div></div>
794                                  </div>
795                          </div>
796              </div>
797
798  </div>
799          <div class="clear"></div>
800        </div>
801                      </div>
802      </div>
803          <div id="rt-bottom" class="rt-dark">
804        <div class="rt-grid-12 rt-alpha rt-omega">
805              <div class="rt-block rt-dark-block basic title1">
806                <div class="module-surround">
807                                <div class="module-title">
808                        <h2 class="title">As Seen On:</h2>
809                      </div>
810                                              <div class="module-
     content">
811
812  <div class="ic_marquee" id="myimgscrawler-1">
813          <img src="/web/20130828214943im_/http://www.geesechasers.com/images/logo-train/1-
     discovery.jpg" alt="" height="74" /><img
     src="/web/20130828214943im_/http://www.geesechasers.com/images/logo-train/10-bctimes.jpg"
     alt="" height="74" /><img
     src="/web/20130828214943im_/http://www.geesechasers.com/images/logo-train/11-nj-biz.jpg"
     alt="" height="74" /><img
     src="/web/20130828214943im_/http://www.geesechasers.com/images/logo-train/2-abc-7-ny.jpg"
     alt="" height="74" /><img
     src="/web/20130828214943im_/http://www.geesechasers.com/images/logo-train/3-comcast.jpg"
     alt="" height="74" /><img
     src="/web/20130828214943im_/http://www.geesechasers.com/images/logo-train/5-animal-
     planet.jpg" alt="" height="74" /><img
     src="/web/20130828214943im_/http://www.geesechasers.com/images/logo-train/6-abc6-phl.jpg"
     alt="" height="74" /><img
     src="/web/20130828214943im_/http://www.geesechasers.com/images/logo-train/7-pb-journal.jpg"
     alt="" height="74" /><img
     src="/web/20130828214943im_/http://www.geesechasers.com/images/logo-train/8-cn8.jpg" alt=""
     height="74" /><img src="/web/20130828214943im_/http://www.geesechasers.com/images/logo-
     train/9-nbc-10-phl.jpg" alt="" height="74" /><img
     src="/web/20130828214943im_/http://www.geesechasers.com/images/logo-train/1-discovery.jpg"
     alt="" height="74" /><img
     src="/web/20130828214943im_/http://www.geesechasers.com/images/logo-train/10-bctimes.jpg"
     alt="" height="74" /><img
     src="/web/20130828214943im_/http://www.geesechasers.com/images/logo-train/11-nj-biz.jpg"
     alt="" height="74" /><img
     src="/web/20130828214943im_/http://www.geesechasers.com/images/logo-train/2-abc-7-ny.jpg"
     alt="" height="74" /><img
     src="/web/20130828214943im_/http://www.geesechasers.com/images/logo-train/3-comcast.jpg"
     alt="" height="74" /><img
     src="/web/20130828214943im_/http://www.geesechasers.com/images/logo-train/5-animal-
     planet.jpg" alt="" height="74" /><img
     src="/web/20130828214943im_/http://www.geesechasers.com/images/logo-train/6-abc6-phl.jpg"
     alt="" height="74" /><img
     src="/web/20130828214943im_/http://www.geesechasers.com/images/logo-train/7-pb-journal.jpg"
     alt="" height="74" /><img
     src="/web/20130828214943im_/http://www.geesechasers.com/images/logo-train/8-cn8.jpg" alt=""
     height="74" /><img src="/web/20130828214943im_/http://www.geesechasers.com/images/logo-
```

```
train/9-nbc-10-phl.jpg" alt="" height="74" />

814  </div>
815                                    </div>
816                           </div>
817            </div>
818
819  </div>
820         <div class="clear"></div>
821      </div>
822              <footer id="rt-footer-surround" class="rt-dark">
823              <div id="rt-footer">
824      <div class="rt-grid-4 rt-alpha">
825            <div class="rt-block rt-dark-block box5 nomarginall rounded">
826              <div class="module-surround">
827                                       <div class="module-title">
828                          <h2 class="title">Paws for This!</h2>
829                    </div>
830                                              <div class="module-
content">
831
832
833  <div class="custombox5 nomarginall rounded"  >
834         <p>Say welcome to our newest "Geese Chaser," Storm.</p>
835  <p align="center"><img
src="/web/20130828214943im_/http://www.geesechasers.com/images/maggie-cameo.png" alt="" />
</p>
836  <p align="center"><a href="/web/20130828214943/http://www.geesechasers.com/spot-
light/storm" class="readon">Meet Storm</a></p></div>
837                                 </div>
838                           </div>
839            </div>
840
841  </div>
842  <div class="rt-grid-4">
843              <div class="rt-block rt-dark-block">
844              <div class="module-surround">
845                                       <div class="module-title">
846                          <h2 class="title">Inside Geese Chasers™</h2>
847                    </div>
848                                              <div class="module-
content">
849
850
851  <div class="custom"  >
852         <ul class="rt-demo-footer-menu">
853  <li><a href="/web/20130828214943/http://www.geesechasers.com/solution">Solution</a></li>
854  <li><a href="/web/20130828214943/http://www.geesechasers.com/services">Services</a></li>
855  <li><a href="/web/20130828214943/http://www.geesechasers.com/successes">Successes</a></li>
856  <li><a href="/web/20130828214943/http://www.geesechasers.com/component/content/article?
id=23">Franchises Available!</a></li>
857  </ul></div>
858                                 </div>
859                           </div>
860            </div>
861
862  </div>
863  <div class="rt-grid-4 rt-omega">
864              <div class="rt-block rt-dark-block">
865              <div class="module-surround">
866
```

```
                                        <div class="module-title">
                                  <h2 class="title">Contact Us</h2>
                  </div>
                                                         <div class="module-
content">


<div class="custom"  >
        <div class="gantry-width-90 gantry-width-block"><em class="bold nobold">1-866-98-
GEESE</em><br /> <span><em class="bold nobold">1-866-98-43373</em></span></div>
<div class="clear medmarginbottom hidden-tablet"> </div>
<p><em class="bold nobold"><a
href="/web/20130828214943/http://www.geesechasers.com/contact-us">Online Query Form</a>
</em></p>
<div class="clear"> </div></div>
                                </div>
                        </div>
            </div>


</div>
        <div class="clear"></div>
      </div>
                    <div id="rt-copyright">
        <div class="rt-grid-3 rt-alpha">
              <div class="rt-block rt-dark-block">
                <div class="module-surround">
                                                <div class="module-content">


<div class="custom"  >
        <table align="left">
<tbody>
<tr valign="top">
<td><img style="border: 0; margin: 0px;"
src="/web/20130828214943im_/http://www.geesechasers.com/images/logo-footer-gc.png" alt=""
align="left" border="0" /></td>
</tr>
</tbody>
</table></div>
                                </div>
                        </div>
            </div>

</div>
<div class="rt-grid-4">
        <div class="clear"></div>
        <div class="rt-block">
                © 2008-2013, Geese Chasers™, LLC. All Rights Reserved   </div>

</div>
<div class="rt-grid-2">
                <div class="rt-block rt-dark-block bsic">
                  <div class="module-surround">
                                                <div class="module-content">
                        <!-- Vinaora Visitors Counter >>
/web/20130828214943/http://vinaora.com/ -->
<style type="text/css">
        .vfleft{float:left;}.vfright{float:right;}.vfclear{clear:both;}.valeft{text-
align:left;}.varight{text-align:right;}.vacenter{text-align:center;}
        #vvisit_counter118 .vstats_counter{margin-top: 5px;}
        #vvisit_counter118 .vrow{height:24px;}
```

```
918        #vvisit_counter118 .vstats_icon{margin-right:5px;}
920        #vvisit_counter118{padding:5px;}</style>
921 <div id="vvisit_counter118" class="vvisit_counterbsic vacenter">
922        <div class="vdigit_counter"><span class="vdigit-0" title="Vinaora Visitors
    Counter">0</span><span class="vdigit-7" title="Vinaora Visitors Counter">7</span><span
    class="vdigit-9" title="Vinaora Visitors Counter">9</span><span class="vdigit-3"
    title="Vinaora Visitors Counter">3</span><span class="vdigit-0" title="Vinaora Visitors
    Counter">0</span><span class="vdigit-4" title="Vinaora Visitors Counter">4</span></div>
923 <div style="margin-top:5px;"><a href="/web/20130828214943/http://vinaora.com/"
    title="Vinaora Visitors Counter" target="_blank">Visitors Counter</a></div></div>
924 <!-- Vinaora Visitors Counter >> /web/20130828214943/http://vinaora.com/ -->
    </div>
925                          </div>
926        </div>
927
928 </div>
929 <div class="rt-grid-3 rt-omega">
930        <div class="rt-block rt-dark-block">
931            <div class="module-surround">
932                                        <div class="module-content">
933
934
935 <div class="custom"  >
936        <table align="right">
937 <tbody>
938 <tr valign="top">
939 <td><img src="/web/20130828214943im_/http://www.geesechasers.com/images/isn-logo.png"
    border="0" width="75" height="75" align="right" style="border: 0; margin: 0px;" /><br
    /> </td>
940 </tr>
941 </tbody>
942 </table></div>
943                                    </div>
944                    </div>
945        </div>
946
947 </div>
948        <div class="clear"></div>
949        </div>
950            </footer>
951        </div>
952 </div></div>
953    <div id="rt-debug">
954    <div class="rt-container">
955        <div class="rt-grid-12 rt-alpha rt-omega">
956            <div class="rt-block rt-dark-block">
957                <div class="module-surround">
958                                        <div class="module-content">
959                    <!-- PWebFBLikeBox -->
960 <div id="pwebfblikebox130" class="pwebfblikebox pwebfblikebox-left pwebfblikebox-shadow
    sidebar ">
961        <div class="pwebfblikebox_tab facebook-white"></div>
962        <div class="pwebfblikebox_container" style="width:292px;background-
    color:#f7edd4"><div id="fb-root"></div><div class="fb-like-box" id="pwebfblikebox130_html5"
    data-href="http://www.facebook.com/pages/Geese-Chasers-LLC/311966855366" data-show-
    faces="false" data-stream="true" data-header="false" data-width="292" data-border-
    color="#dd9d03" data-force-wall="true"></div></div>
963 </div>
964
965 <script type="text/javascript">
966 (function(){
```

```
967            pwebFBLikeBox130 = new pwebFBLikeBox({
968                    id:             130,
969                    prefix:         'pwebfblikebox130',
970                    open:           'click',
971                    close:          'click',
972                                    position:       'left',
973                    top:            -1,
974                    layout:         'sidebar',
975                    type:           'html5'
976            });
977    })();
978    if(typeof
       window.fbAsyncInit=="function")window.fbAsyncInitPweb=window.fbAsyncInit;window.fbAsyncInit
       =function(){FB.Event.subscribe("edge.create",function(u){if(typeof
       _gaq!="undefined")_gaq.push(["_trackSocial","facebook","like",u])});FB.Event.subscribe("edg
       e.remove",function(u){if(typeof
       _gaq!="undefined")_gaq.push(["_trackSocial","facebook","unlike",u])});if(typeof
       window.fbAsyncInitPweb=="function")window.fbAsyncInitPweb.apply(this,arguments)};</script>
979    <!-- PWebFBLikeBox end -->                              </div>
980                            </div>
981            </div>
982
983    </div>
984        <div class="clear"></div>
985      </div>
986    </div>
987
988
989    </body>
990    </html>
991
992
993
994
995
996    <!--
997        FILE ARCHIVED ON 21:49:43 Aug 28, 2013 AND RETRIEVED FROM THE
998        INTERNET ARCHIVE ON 18:50:22 May 24, 2016.
999        JAVASCRIPT APPENDED BY WAYBACK MACHINE, COPYRIGHT INTERNET ARCHIVE.
1000
1001       ALL OTHER CONTENT MAY ALSO BE PROTECTED BY COPYRIGHT (17 U.S.C.
1002       SECTION 108(a)(3)).
1003    -->
1004
```

# Exhibit B1

```
/*
      FILE ARCHIVED ON 16:32:46 Dec 19, 2013 AND RETRIEVED FROM THE
      INTERNET ARCHIVE ON 18:50:13 May 24, 2016.
      JAVASCRIPT APPENDED BY WAYBACK MACHINE, COPYRIGHT INTERNET ARCHIVE.

      ALL OTHER CONTENT MAY ALSO BE PROTECTED BY COPYRIGHT (17 U.S.C.
      SECTION 108(a)(3)).
*/
var switchMode = 1;
var useDateRange = true;
var pageID = '668';

var arr_GLOBAL_SOURCE = new
Array('/web/20131219163246/http://tweople.com/client/new_main.swf,480,360,3,3,0,0,false,1,{},
{},200,150,none,/web/20131219163246/http://flash.yourvideopartner.com/complete/1305121641.flv,
170,80,true,no,no,no,yes,no,yes,no,none,/web/20131219163246/http://www.geesechasers.com/contac
t-us,,');

function open_chat(){

}

document.write('<script type="text/javascript"
src="/web/20131219163246/https://tweople.com/client/playerbase-multi.js"></script>');

//0.00387692451477
```

# Exhibit C

```
/*
      FILE ARCHIVED ON 18:12:23 Jan 7, 2014 AND RETRIEVED FROM THE
      INTERNET ARCHIVE ON 18:51:23 May 24, 2016.
      JAVASCRIPT APPENDED BY WAYBACK MACHINE, COPYRIGHT INTERNET ARCHIVE.

      ALL OTHER CONTENT MAY ALSO BE PROTECTED BY COPYRIGHT (17 U.S.C.
      SECTION 108(a)(3)).
*/
/* BEGIN --- cookie functions */

var firstVisit = true;

function getCookie(c_name) {
        if (document.cookie.length>0) {
                c_start=document.cookie.indexOf(c_name + "=");
                if (c_start!=-1) {
                        firstVisit = false;
                        c_start=c_start + c_name.length+1;
                        c_end=document.cookie.indexOf(";",c_start);
                        if (c_end==-1)
                                c_end=document.cookie.length;
                        return unescape(document.cookie.substring(c_start,c_end));
                }
        }
        return "";
}

function setCookie(c_name,value,expiredays) {
        var exdate=new Date();
        exdate.setDate(exdate.getDate()+expiredays);
        document.cookie=c_name+ "=" +escape(value)+((expiredays==null) ? "" :
";expires="+exdate.toGMTString());
}


var cookieName = "swfIDm"+pageID;
var cookieVal = getCookie(cookieName);
var swfIndex = 0;

/* END --- cookie functions */


//START FLASH DETECTION
/*
var agt=navigator.userAgent.toLowerCase();
var ie  = (agt.indexOf("msie") != -1);
var ns  = (navigator.appName.indexOf("Netscape") != -1);
var win = ((agt.indexOf("win")!=-1) || (agt.indexOf("32bit")!=-1));
var mac = (agt.indexOf("mac")!=-1);

if (ie && win) {          pluginlist = detectIE("Adobe.SVGCtl","SVG Viewer") +
detectIE("SWCtl.SWCtl.1","Shockwave Director") +
detectIE("ShockwaveFlash.ShockwaveFlash.1","Shockwave Flash") + detectIE("rmocx.RealPlayer G2
Control.1","RealPlayer") + detectIE("QuickTimeCheckObject.QuickTimeCheck.1","QuickTime") +
detectIE("MediaPlayer.MediaPlayer.1","Windows Media Player") +
```

```
detectIE("PDF.PdfCtrl.5","Acrobat Reader"); }
if (ns || !win) {
                nse = ""; for (var i=0;i<navigator.mimeTypes.length;i++) nse +=
navigator.mimeTypes[i].type.toLowerCase();
                pluginlist = detectNS("image/svg-xml","SVG Viewer") + detectNS("application/x-
director","Shockwave Director") + detectNS("application/x-shockwave-flash","Shockwave Flash")
+ detectNS("audio/x-pn-realaudio-plugin","RealPlayer") +
detectNS("video/quicktime","QuickTime") + detectNS("application/x-mplayer2","Windows Media
Player") + detectNS("application/pdf","Acrobat Reader");
}

function detectIE(ClassID,name) { result = false; document.write('<SCRIPT LANGUAGE=VBScript>\n
on error resume next \n result = IsObject(CreateObject("' + ClassID + '"))</SCRIPT>\n'); if
(result) return name+','; else return ''; }
function detectNS(ClassID,name) { n = ""; if (nse.indexOf(ClassID) != -1) if
(navigator.mimeTypes[ClassID].enabledPlugin != null) n = name+","; return n; }

pluginlist += navigator.javaEnabled() ? "Java," : "";
if (pluginlist.length > 0) pluginlist = pluginlist.substring(0,pluginlist.length-1);
*/
//END FLASH DETECTION


/* START --- Date Check functions */
function validRange(s, e, tz, cdt) {
        if ( !s && !e ) {
                return false;
        }
        var v = false;
        if ( s ) {
                v = validDate(s,true,tz,cdt)
        }
        if ( e ) {
                var v_e = validDate(e,false,tz,cdt)
                if ( v ) {
                        v = v_e;
                }
        }
        return v;
}

function validDate(dt,s,tz,cdt) { //yy,mm,dd,hh,mm,ss

        if (!dt){
                return false;
        }

        if(tz == 'yes'){
                var today = new Date(cdt);
        }else{
                var today = new Date();
        }

        dt = dt.replace('{', '');
        dt = dt.replace('}', '');
        var y = 0;
        var m = 0;
        var d = 0;
        var hh = 0;
        var mm = 0;
```

```
            var arr_dt = dt.split(' ');
            if ( arr_dt[0].split('/')[2]) {
                    y = arr_dt[0].split('/')[2];
                    m = arr_dt[0].split('/')[0] - 1;
                    d = arr_dt[0].split('/')[1];
                    if (arr_dt[1]) {
                            hh = arr_dt[1].split(':')[0];
                            mm = arr_dt[1].split(':')[1];
                    }
                    var v_dt = new Date(y, m, d, hh, mm ,0);
            }
            else if (arr_dt[0].split(':')[1]) { // only time is specified
                    y = today.getFullYear();
                    m = today.getMonth();
                    d = today.getDate();
                    hh = arr_dt[0].split(':')[0];
                    mm = arr_dt[0].split(':')[1];
                    var v_dt = new Date(y, m, d, hh, mm ,0);
            }

            var days = 0;
            var difference = 0;
            var v_dt = new Date(y, m, d, hh, mm ,0);
            difference = v_dt - today;
            days = Math.round(difference/(1000*60*60*24));

            if (difference < 0 && s) {
                    return true;
            }
            else if(difference > 0 && !s) {
                    return true;

            }
            return false;
}

/* END ------ Date Check functions */

var arr_GLOBAL = new Array();

if (useDateRange) {
        var d = new Date();
        for ( var i=0; i<arr_GLOBAL_SOURCE.length; i++ ) {
                var arr_prop = arr_GLOBAL_SOURCE[i].split(',');
                if ( validRange(arr_prop[9], arr_prop[10], arr_prop[18], arr_prop[25]) &&
(d.getDay() == arr_prop[13] || arr_prop[13] == 'none') ) {
                            arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
                }
                else if ( arr_prop[9]=='{}' && arr_prop[10]=='{}' && (d.getDay() ==
arr_prop[13] || arr_prop[13] == 'none') ) {
                            arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
                }
        }
}

// at this point, arr_GLOBAL should have valid swfs by date
// narrow down the source to just the filtered videos
arr_GLOBAL_SOURCE = arr_GLOBAL;
arr_GLOBAL = new Array();
// now filter by visit
```

```
if(arr_GLOBAL_SOURCE.length > 0){
for ( var i=0; i<arr_GLOBAL_SOURCE.length; i++ ) {
        var arr_prop = arr_GLOBAL_SOURCE[i].split(',');
        if ( firstVisit && arr_prop[8] == 2 ) {
                arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
                var first_visit_only = true;
        }
}
for ( var i=0; i<arr_GLOBAL_SOURCE.length; i++ ) {
        var arr_prop = arr_GLOBAL_SOURCE[i].split(',');
        if ( firstVisit && arr_prop[8] == 1 ) {
                arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
        }
        else if ( firstVisit == false && (arr_prop[8] == 1 || arr_prop[8] == 3) ) {
                arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
        }
}
}


if ( cookieVal.length > 0 ) {

        if (switchMode == 1) {
                swfIndex = Math.round(cookieVal) + 1;
                if (swfIndex >= arr_GLOBAL.length) {
                        swfIndex = 0;
                }
        }
        else {
                swfIndex = Math.floor(Math.random()*(arr_GLOBAL.length))
        }
}
if(first_visit_only == true){
        swfIndex = -1;
}
setCookie(cookieName, swfIndex, 7);
if(first_visit_only == true){
        swfIndex = 0;
}
//alert(swfIndex);
var arr_SwfInfo = arr_GLOBAL[swfIndex].split(',');
var lf_URL = arr_SwfInfo[0];
var GLOBAL_WIDTH = arr_SwfInfo[1];
var GLOBAL_HEIGHT = arr_SwfInfo[2];
var lf_Position = arr_SwfInfo[3];
var lf_Position_Dynamic = arr_SwfInfo[4];
var lf_OffSet_Top_Position = arr_SwfInfo[5];
var lf_OffSet_Left_Position = arr_SwfInfo[6];
var rt_Align = arr_SwfInfo[7];
var sm_GLOBAL_WIDTH = arr_SwfInfo[11];
var sm_GLOBAL_HEIGHT = arr_SwfInfo[12];
var flv_loc = arr_SwfInfo[14];
var x_off = arr_SwfInfo[15];
var vlm = arr_SwfInfo[16];
var iphone = arr_SwfInfo[17];
var shrink_on_start = arr_SwfInfo[19];
var shrink_on_stop = arr_SwfInfo[20];
var close_on_stop = arr_SwfInfo[21];
var shrink_on_end = arr_SwfInfo[22];
var close_on_end = arr_SwfInfo[23];
var show_loading = arr_SwfInfo[24];
```

```
var goto = arr_SwfInfo[26];
var lf_ID = '01010';
var lfVersion = -1;
var arrNavInfo = [];
var lfString;
var viewState = 1;
var end_pic = arr_SwfInfo[27];
var end_pic_small = arr_SwfInfo[28];
//alert(end_pic);

if ( shrink_on_start == undefined ) {
        shrink_on_start = "yes";
}
if ( shrink_on_stop == undefined ) {
        shrink_on_stop = "yes";
}
if ( close_on_stop == undefined ) {
        close_on_stop = "no";
}
if ( shrink_on_end == undefined ) {
        shrink_on_end = "yes";
}
if ( close_on_end == undefined ) {
        close_on_end = "no";
}
if ( show_loading == undefined ) {
        show_loading = "yes";
}


var divID = 'div' + lf_ID;

arrNavInfo.navprop = navigator.userAgent.toLowerCase();

if (navigator.vendor == 'KDE' || ( document.childNodes && ( !document.all ||
navigator.accentColorName ) && !navigator.taintEnabled )) {
    arrNavInfo[0] = 'kde';
    arrNavInfo[1] = 'Safari';
} else if (window.opera && document.childNodes) {
    arrNavInfo[0] = 'opr';
    arrNavInfo[1] = 'Opera';
} else if (navigator.appName.indexOf('WebTV') + 1) {
    arrNavInfo[0] = 'wtv';
    arrNavInfo[1] = 'WebTV';
} else if (navigator.product == 'Gecko') {
    arrNavInfo[0] = 'gek';
    arrNavInfo[1] = 'Gecko engine (Mozilla, Netscape 6+ etc.)';
} else if (document.getElementById) {
    arrNavInfo[0] = 'ie';
    arrNavInfo[1] = 'Internet Explorer 5+';
} else {
    arrNavInfo[0] = 'na';
    arrNavInfo[1] = 'an unknown browser';
}
if (navigator.plugins != null && navigator.plugins.length > 0)
{
    if (navigator.plugins['Shockwave Flash 2.0'] || navigator.plugins['Shockwave Flash']) {
        var swVer2 = navigator.plugins['Shockwave Flash 2.0'] ? ' 2.0' : '';
        var lfDescription = navigator.plugins['Shockwave Flash' + swVer2].description;
        var descArray = [];
        var tempArrayMajor = [];
        var versionMajor = [];
```

```
            var tempArrayMinor = [];
            var versionMinor;
            descArray = lfDescription.split(' ');
            tempArrayMajor = descArray[2].split('.');
            versionMajor = tempArrayMajor[0];
            if (descArray[3] != '') {
                tempArrayMinor = descArray[3].split('r');
            } else {
                tempArrayMinor = descArray[4].split('r');
            }
            versionMinor = tempArrayMinor[1] > 0 ? tempArrayMinor[1] : 0;
            lfVersion = parseFloat(versionMajor + '.' + versionMinor);
        }
    } else {
        for (var i = 8; i < 20; i++)
        {
            try {
                var objFlash = new ActiveXObject('ShockwaveFlash.ShockwaveFlash.' + i);
                if (objFlash) {
                    lfVersion = i;
                }
            } catch(e) {}
        }
    }
}

function initVideo() {
    showLFOW_Video();
}

    if ((lf_Position !== 2) && (arrNavInfo[0] !== 'na')) {
        try {
            if (window.addEventListener) window.addEventListener('load', initVideo, false);
            else if (window.attachEvent) window.attachEvent('onload', initVideo);
        } catch(e) {
            showLFOW_Video();
        }
    } else {
        showLFOW_Video();
    }

function showLFOW_Video()
{
    if ((lf_Position !== 2) && (arrNavInfo[0] !== 'na')) {
        try {
            var lfDiv = document.createElement('div');
            if (lfDiv === undefined) {
                lf_Position = 'err';
            } else if (lfDiv == null) {
                lf_Position = 'err';
            } else {
                if(navigator.appName == "Microsoft Internet Explorer" && document.compatMode
== "BackCompat") {
                            lfDiv.id = divID;
                    lfDiv.style.position = 'absolute';
                    lfDiv.style.zIndex = 9999999;
                    lfDiv.style.left = 0;
                    lfDiv.style.top = 0;
                    lfDiv.style.height = GLOBAL_HEIGHT;
                    lfDiv.style.width = GLOBAL_WIDTH;
                    lfDiv.style.visibility = 'visible';
                            //lfDiv.style.overflow = 'hidden';
```

```
                                }
                                else {
                                lfDiv.id = divID;
                                lfDiv.style.position = 'fixed';
                                lfDiv.style.zIndex = 9999999;
                                lfDiv.style.left = 0;
                                lfDiv.style.bottom = 0;
                                lfDiv.style.height = GLOBAL_HEIGHT;
                                lfDiv.style.width = GLOBAL_WIDTH;
                                lfDiv.style.visibility = 'visible';
                                //lfDiv.style.overflow = 'hidden';
                                }
                        }
                } catch(e) {
                        lf_Position = 'err';
                }
        }
        makeScript()
        if ((lf_Position !== 2) && (lf_Position !== 'err') && (arrNavInfo[0] !== 'na')) {
                lfDiv.innerHTML = lfString;
                document.body.appendChild(lfDiv);
        } else if (lf_Position !== 2) {
                if(navigator.appName == "Microsoft Internet Explorer" && document.compatMode ==
"BackCompat")
                        {
                                document.write( '<div id="' + divID +'" style="position: absolute;z-
index: 999;left: 0px;top: 0px;height: '+ GLOBAL_HEIGHT +'px;width: '+ GLOBAL_WIDTH +'px;">'+
lfString +'</div>' );
                        }
                        else
                        {
                                document.write( '<div id="' + divID +'" style="bottom:0px left:0px; z-
index: 999; top:0px; height: '+ GLOBAL_HEIGHT +'px;width: '+ GLOBAL_WIDTH +'px;">'+ lfString
+'</div>' );
                        }

        }
        else {

                if(navigator.appName == "Microsoft Internet Explorer" && document.compatMode
== "BackCompat")
                        {
                                document.write( '<div id="' + divID +'" style="position: relative;z-
index: 999;left: ' + lf_OffSet_Left_Position + 'px;top: ' + lf_OffSet_Top_Position +
'px;height: '+ GLOBAL_HEIGHT +'px;width: '+ GLOBAL_WIDTH +'px;">'+ lfString +'</div>' );
                        }
                        else
                        {
                                document.write( '<div id="' + divID +'" style="bottom:0px z-index:
999;left: ' + lf_OffSet_Left_Position + 'px;top: ' + lf_OffSet_Top_Position + 'px; height: '+
GLOBAL_HEIGHT +'px;width: '+ GLOBAL_WIDTH +'px;">'+ lfString +'</div>' );
                        }
        }

        switch (arrNavInfo[0]) {
                case 'ie':
                        window.onscroll = ScrollHnd;
                        window.onresize = ScrollHnd;
                        window.setInterval('ScrollHnd()', 30);
                        break;
                case 'gek':
```

```
                if (window.onscroll === undefined) {
                    window.setInterval('ScrollHnd()', 30);
                } else {
                    window.onscroll = ScrollHnd;
                }
                                window.onresize = moveVid;
            break;
            case 'opr':
                window.onscroll = ScrollHnd;
                window.onresize = ScrollHnd;
            break;
            case 'kde':
                window.onscroll = ScrollHnd;
                window.onresize = ScrollHnd;
            break;
            case 'wtv':
                if (window.onscroll === undefined) {
                    window.setInterval('ScrollHnd()', 30);
                } else {
                    window.onscroll = ScrollHnd;
                    window.onresize = ScrollHnd;
                }
            break;
        }
        ScrollHnd();

}
function ScrollHnd()
{
    var divScroll;
    var wnd;
    var screenWd = 0;
    var screenHt = 0;
    var screenX = 0;
    var screenY = 0;
    var objDoc;
    var divLeft = 0;
    var divTop = 0;

    objDoc = document;
    wnd = window;

    if (objDoc.getElementById) {
        divScroll = objDoc.getElementById(divID);
        if (divScroll.style) {
            divScroll = divScroll.style;
        }
    }
    if (window.innerHeight)
    {
        screenHt = wnd.innerHeight;
        screenWd = wnd.innerWidth;
    }
    else if (objDoc.documentElement && ( objDoc.documentElement.clientWidth ||
objDoc.documentElement.clientHeight ))
    {
        screenWd = objDoc.documentElement.clientWidth;
        screenHt = objDoc.documentElement.clientHeight;

    }
    else if (objDoc.body && ( objDoc.body.clientWidth || objDoc.body.clientHeight ))
```

```
    {
        screenWd = objDoc.body.clientWidth;
        screenHt = objDoc.body.clientHeight;
    }
    if (window.innerHeight)
    {
        screenY = wnd.pageYOffset;
        screenX = wnd.pageXOffset;
    }
    else if (objDoc.body && ( objDoc.body.scrollLeft || objDoc.body.scrollTop ))
    {
        screenY = objDoc.body.scrollTop;
        screenX = objDoc.body.scrollLeft;
    }
    else if (objDoc.documentElement && ( objDoc.documentElement.scrollLeft ||
objDoc.documentElement.scrollTop ))
    {
        screenY = objDoc.documentElement.scrollTop;
        screenX = objDoc.documentElement.scrollLeft;
    }
    divLeft = divLeft;
                if (rt_Align == 'true')
                        divLeft += screenX;
    divTop = divTop + screenY;
    divLeft = divLeft;
                if (rt_Align == 'true'){
                        if (viewState == 1) {
                                divLeft += (screenWd - GLOBAL_WIDTH);
                        }
                        else {
                                divLeft += (screenWd - sm_GLOBAL_WIDTH - 30);
                        }
                }
                if (viewState == 1) {
            divTop = divTop + (screenHt - GLOBAL_HEIGHT);
                }
                else {
            divTop = divTop + (screenHt - GLOBAL_HEIGHT) + (GLOBAL_HEIGHT - sm_GLOBAL_HEIGHT);
                }
    divScroll.left = divLeft + 'px';
        if(navigator.appName == "Microsoft Internet Explorer" && document.compatMode ==
"BackCompat")
        {
    divScroll.top = divTop + 'px';
        }


}

function makeScript()
{
        var flashObj = null;
        try {
                flashObj = new ActiveXObject('ShockwaveFlash.ShockwaveFlash');
                lfString = "<object classid='clsid:d27cdb6e-ae6d-11cf-96b8-444553540000'
width='" + GLOBAL_WIDTH + "' height='" + GLOBAL_HEIGHT + "' id='obj" + lf_ID + "'
align='middle'
codebase='/web/20140107181223/https://download.macromedia.com/pub/shockwave/cabs/flash/swflash
.cab#version=8,0,24,0' >";
                lfString += "<param name='movie' value='" + lf_URL + "' />";
                lfString += "<param name='quality' value='high' />";
                lfString += "<param name='wmode' value='transparent' />";
```

```
                lfString += "<param name='flashvars'
value='goto="+goto+"&flv_loc="+flv_loc+"&x_off="+x_off+"&vlm="+vlm+"&shrink_on_start=" +
shrink_on_start + "&shrink_on_stop=" + shrink_on_stop + "&close_on_stop=" + close_on_stop +
"&shrink_on_end=" + shrink_on_end + "&close_on_end=" + close_on_end + "&show_loading=" +
show_loading + "&end_pic=" + end_pic + "&end_pic_small=" + end_pic_small +
"&form_color=2a537f&text_color=FFFFFF&to=info@tweople.com' />";
                lfString += "<param name='allowScriptAccess' value='always' />";
                lfString += "<param name='loop' value='false' />";
                lfString += "<embed src='" + lf_URL + "' allowScriptAccess='always'
quality='high' wmode='transparent'
flashvars='goto="+goto+"&flv_loc="+flv_loc+"&x_off="+x_off+"&vlm="+vlm+"&w=" + sm_GLOBAL_WIDTH
+ "&h=" + sm_GLOBAL_HEIGHT + "&shrink_on_start=" + shrink_on_start + "&shrink_on_stop=" +
shrink_on_stop + "&close_on_stop=" + close_on_stop + "&shrink_on_end=" + shrink_on_end +
"&close_on_end=" + close_on_end + "&end_pic=" + end_pic + "&end_pic_small=" + end_pic_small +
"&show_loading=" + show_loading + "' loop='false' width='" + GLOBAL_WIDTH + "' height='" +
GLOBAL_HEIGHT + "' name='obj' + lf_ID + "' align='middle' type='application/x-shockwave-flash'
pluginspage='/web/20140107181223/https://www.macromedia.com/go/getflashplayer' />";
                lfString += "</object><img
src='/web/20140107181223/https://tweople.com/client/addcount.php?flv="+flv_loc+"' width='0'
height='0' border='0' />";
            } catch (ex) {

        if (navigator.mimeTypes && navigator.mimeTypes["application/x-shockwave-flash"] &&
navigator.mimeTypes["application/x-shockwave-flash"].enabledPlugin &&
navigator.mimeTypes["application/x-shockwave-flash"].enabledPlugin.description){
            lfString = "<object classid='clsid:d27cdb6e-ae6d-11cf-96b8-444553540000'
width='" + GLOBAL_WIDTH + "' height='" + GLOBAL_HEIGHT + "' id='obj" + lf_ID + "'
align='middle'
codebase='/web/20140107181223/https://download.macromedia.com/pub/shockwave/cabs/flash/swflash
.cab#version=8,0,24,0' >";
                lfString += "<param name='movie' value='" + lf_URL + "' />";
                lfString += "<param name='quality' value='high' />";
                lfString += "<param name='wmode' value='transparent' />";
                lfString += "<param name='flashvars'
value='goto="+goto+"&flv_loc="+flv_loc+"&x_off="+x_off+"&vlm="+vlm+"&shrink_on_start=" +
shrink_on_start + "&shrink_on_stop=" + shrink_on_stop + "&close_on_stop=" + close_on_stop +
"&shrink_on_end=" + shrink_on_end + "&close_on_end=" + close_on_end + "&show_loading=" +
show_loading + "&end_pic=" + end_pic + "&end_pic_small=" + end_pic_small +
"&form_color=2a537f&text_color=FFFFFF&to=info@tweople.com' />";
                lfString += "<param name='allowScriptAccess' value='always' />";
                lfString += "<param name='loop' value='false' />";
                lfString += "<embed src='" + lf_URL + "' allowScriptAccess='always'
quality='high' wmode='transparent'
flashvars='goto="+goto+"&flv_loc="+flv_loc+"&x_off="+x_off+"&vlm="+vlm+"&w=" + sm_GLOBAL_WIDTH
+ "&h=" + sm_GLOBAL_HEIGHT + "&shrink_on_start=" + shrink_on_start + "&shrink_on_stop=" +
shrink_on_stop + "&close_on_stop=" + close_on_stop + "&shrink_on_end=" + shrink_on_end +
"&close_on_end=" + close_on_end + "&end_pic=" + end_pic + "&end_pic_small=" + end_pic_small +
"&show_loading=" + show_loading + "' loop='false' width='" + GLOBAL_WIDTH + "' height='" +
GLOBAL_HEIGHT + "' name='obj' + lf_ID + "' align='middle' type='application/x-shockwave-flash'
pluginspage='/web/20140107181223/https://www.macromedia.com/go/getflashplayer' />";
                lfString += "</object><img
src='/web/20140107181223/https://tweople.com/client/addcount.php?flv="+flv_loc+"' width='0'
height='0' border='0' />";
            } else {
                var ip_mv4 = flv_loc.replace('.flv','.m4v');
                var ip_mp4 = flv_loc.replace('.flv','.mp4');
                var autoplay = '';
                if(shrink_on_start == 'yes'){
                        autoplay = '';
                }
                else{
```

```
                    autoplay = 'autoplay="autoplay"';
                }
                if(rt_Align == 'true'){
                    lfString = '<div id="iosbox" style="width:480px; height:400px;
position:fixed;
background:url(/web/20140107181223/http://tweople.com/graphics/ios_box_right.png); right:0;
bottom:0;"></div><div id="iosvideo" style="width:386px; height:380px; overflow:hidden;
position:fixed; right:0; bottom:8px;" align="center"><video id="html5" class="html5"
height="360" width="390" controls="controls" '+autoplay+' style="z-index:99;"><source
src="'+ip_mv4+'" type="video/mp4" /><source src="'+ip_mp4+'" type="video/mp4" /></video></div>
<a href=\'javascript: document.getElementById("iosbox").style.display = "none";
document.getElementById("iosarrow").style.display = "none";
document.getElementById("iosvideo").style.display = "none";
document.getElementById("html5").pause();\' style="text-decoration:none"><div id="iosarrow"
style="width:60px; height:60px; position:fixed; z-index:99999999; right:360px; bottom:170px;">
<img src="/web/20140107181223/http://tweople.com/images/closetab_right.png"></div></a>';
                } else {
                    lfString = '<div id="iosbox" style="width:480px; height:400px;
position:fixed; background:url(/web/20140107181223/http://tweople.com/ios_box.png); left:0;
bottom:0;"></div><div id="iosvideo" style="width:386px; height:380px; overflow:hidden;
position:fixed; left:0; bottom:8px;" align="center"><video id="html5" class="html5"
height="360" width="390" controls="controls" '+autoplay+' style="z-index:99;"><source
src="'+ip_mv4+'" type="video/mp4" /><source src="'+ip_mp4+'" type="video/mp4" /></video></div>
<a href=\'javascript: document.getElementById("iosbox").style.display = "none";
document.getElementById("iosarrow").style.display = "none";
document.getElementById("iosvideo").style.display = "none";
document.getElementById("html5").pause();\' style="text-decoration:none"><div id="iosarrow"
style="width:60px; height:60px; position:fixed; z-index:99999999; left:360px; bottom:170px;">
<img src="/web/20140107181223/http://tweople.com/images/closetab.png"></div></a>';
                }
            }

        }

/*

    if (pluginlist.indexOf("Flash")!=-1){

        lfString = "<object classid='clsid:d27cdb6e-ae6d-11cf-96b8-444553540000'
width='" + GLOBAL_WIDTH + "' height='" + GLOBAL_HEIGHT + "' id='obj" + lf_ID + "'
align='middle'
codebase='/web/20140107181223/https://download.macromedia.com/pub/shockwave/cabs/flash/swflash
.cab#version=8,0,24,0' >";
    lfString += "<param name='movie' value='" + lf_URL + "' />";
    lfString += "<param name='quality' value='high' />";
    lfString += "<param name='wmode' value='transparent' />";
    lfString += "<param name='flashvars'
value='goto="+goto+"&flv_loc="+flv_loc+"&x_off="+x_off+"&vlm="+vlm+"&shrink_on_start=" +
shrink_on_start + "&shrink_on_stop=" + shrink_on_stop + "&close_on_stop=" + close_on_stop +
"&shrink_on_end=" + shrink_on_end + "&close_on_end=" + close_on_end + "&show_loading=" +
show_loading + "&end_pic=" + end_pic + "&end_pic_small=" + end_pic_small +
"&form_color=2a537f&text_color=FFFFFF&to=info@tweople.com' />";
    lfString += "<param name='allowScriptAccess' value='always' />";
    lfString += "<param name='loop' value='false' />";
    lfString += "<embed src='" + lf_URL +"' allowScriptAccess='always' quality='high'
wmode='transparent'
flashvars='goto="+goto+"&flv_loc="+flv_loc+"&x_off="+x_off+"&vlm="+vlm+"&w=" + sm_GLOBAL_WIDTH
+ "&h=" + sm_GLOBAL_HEIGHT + "&shrink_on_start=" + shrink_on_start + "&shrink_on_stop=" +
shrink_on_stop + "&close_on_stop=" + close_on_stop + "&shrink_on_end=" + shrink_on_end +
"&close_on_end=" + close_on_end + "&end_pic=" + end_pic + "&end_pic_small=" + end_pic_small +
"&show_loading=" + show_loading + "' loop='false' width='" + GLOBAL_WIDTH + "' height='" +
GLOBAL_HEIGHT + "' name='obj" + lf_ID + "' align='middle' type='application/x-shockwave-flash'
pluginspage='/web/20140107181223/https://www.macromedia.com/go/getflashplayer' />";
```

```
        lfString += "</object><img
src='/web/20140107181223/https://tweople.com/client/addcount.php?flv="+flv_loc+"' width='0'
height='0' border='0' />";


        } else {

                var ip_mv4 = flv_loc.replace('.flv','.m4v');
                var autoplay = '';
                if(shrink_on_start == 'yes'){
                        autoplay = '';
                }
                else{
                        autoplay = 'autoplay="autoplay"';
                }

                if(rt_Align == 'true'){
                        lfString = '<div id="iosbox" style="width:480px; height:400px;
position:fixed;
background:url(/web/20140107181223/http://tweople.com/graphics/ios_box_right.png); right:0;
bottom:0;"></div><div id="iosvideo" style="width:386px; height:380px; overflow:hidden;
position:fixed; right:0; bottom:8px;" align="center"><video id="html5" class="html5"
src="'+ip_mv4+'" height="360" width="390" controls="controls" '+autoplay+' style="z-
index:99;"></video></div><a href=\'javascript: document.getElementById("iosbox").style.display
= "none"; document.getElementById("iosarrow").style.display = "none";
document.getElementById("iosvideo").style.display = "none";
document.getElementById("html5").pause();\' style="text-decoration:none"><div id="iosarrow"
style="width:60px; height:60px; position:fixed; z-index:99999999; right:360px; bottom:170px;">
<img src="/web/20140107181223/http://tweople.com/images/closetab_right.png"></div></a>';
                } else {
                        lfString = '<div id="iosbox" style="width:480px; height:400px;
position:fixed; background:url(/web/20140107181223/http://tweople.com/ios_box.png); left:0;
bottom:0;"></div><div id="iosvideo" style="width:386px; height:380px; overflow:hidden;
position:fixed; left:0; bottom:8px;" align="center"><video id="html5" class="html5"
src="'+ip_mv4+'" height="360" width="390" controls="controls" '+autoplay+' style="z-
index:99;"></video></div><a href=\'javascript: document.getElementById("iosbox").style.display
= "none"; document.getElementById("iosarrow").style.display = "none";
document.getElementById("iosvideo").style.display = "none";
document.getElementById("html5").pause();\' style="text-decoration:none"><div id="iosarrow"
style="width:60px; height:60px; position:fixed; z-index:99999999; left:360px; bottom:170px;">
<img src="/web/20140107181223/http://tweople.com/images/closetab.png"></div></a>';
                }

        }



        //alert(end_pic);
        //alert(lfString);

        /*
        var xhReq = new XMLHttpRequest();
        xhReq.open("GET", "/client/addcount.php?flv="+flv_loc, false);
        xhReq.send(null);
        var serverResponse = xhReq.responseText;
        //alert(serverResponse); // Shows "15"
        */


}

function yh_hide() {
```

```
            ScrollHnd();
            if (document.getElementById) {
                    document.getElementById(divID).style.display = 'none';
            }
            else {
                    if (document.layers) {
                            document.divID.display = 'none';
                    }
                    else {
                            document.all.divID.style.display = 'none';
                    }
            }
            ScrollHnd();
    }

    function yh_grow() {
            ScrollHnd();
            viewState = 1;
            if (document.getElementById) {
                    document.getElementById(divID).style.width = GLOBAL_WIDTH + 'px';
                    document.getElementById(divID).style.height = GLOBAL_HEIGHT + 'px';
                    document.getElementById(divID).style.overflow = 'hidden';
            }
            else {
                    if (document.layers) {
                            document.divID.width = GLOBAL_WIDTH + 'px';
                            document.divID.height = GLOBAL_HEIGHT + 'px';
                            document.divID.overflow = 'hidden';
                    }
                    else {
                            document.all.divID.style.width = GLOBAL_WIDTH + 'px';
                            document.all.divID.style.height = GLOBAL_HEIGHT + 'px';
                            document.all.divID.style.overflow = 'hidden';
                    }
            }
            ScrollHnd();
    }

    function yh_shrink() {
            ScrollHnd();
            viewState = 2;
            if (document.getElementById) {
                    document.getElementById(divID).style.width = sm_GLOBAL_WIDTH + 'px';
                    document.getElementById(divID).style.height = sm_GLOBAL_HEIGHT + 'px';
                    document.getElementById(divID).style.overflow = 'hidden';
            }
            else {
                    if (document.layers) {
                            document.divID.width = sm_GLOBAL_WIDTH + 'px';
                            document.divID.height = sm_GLOBAL_HEIGHT + 'px';
                            document.divID.overflow = 'hidden';
                    }
                    else {
                            document.all.divID.style.width = sm_GLOBAL_WIDTH + 'px';
                            document.all.divID.style.height = sm_GLOBAL_HEIGHT + 'px';
                            document.all.divID.style.overflow = 'hidden';
                    }
            }
            ScrollHnd();
    }
```

```
function moveVid() {
        document.getElementById(divID).offsetLeft = lf_OffSet_Left_Position - GLOBAL_WIDTH;
        document.getElementById(divID).offsetTop = lf_OffSet_Top_Position - GLOBAL_HEIGHT;
    }
```